## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RAYMOND HARRIS                    : CIVIL ACTION
DOC #: 85555

                                 : NUMBER 10-0367-JVP-CN

VERSUS

                                 : JUDGE JOHN V. PARKER

CARL J. SMITH, ET AL.             : MAGISTRATE NOLAND


ADMINISTRATIVE RECORD PROCEDURE NO.

LSP 2009-1919


RECORD DOCUMENT # 14 DATED 07/27/2010.


ATTACHMENT #: 1