

**BOBBY JINDAL**
Governor

**JAMES M. Le BLANC**
Secretary

# State of Louisiana
## Department of Public Safety and Corrections
## Louisiana State Penitentiary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

West Feliciana

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| **Inmate name:** | Raymond Harris | **DOC#** | 85555 |
|---|---|---|---|

| **Listed below is the information which is attached:** | **Time period of requested information:** |
|---|---|
| ☒ **Medical only** | May 2009 – present |
| ☐ **Mental Health only** | |
| ☐ **Medical and Mental Health** | |
| ☐ **Other** | |

| **Signature:** Sandra Connell#24938 **Ex-Officio Notary, Department of Public Safety and Corrections/LSP** | July 20, 2010 |
|---|---|

Louisiana State Penitentiary, Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

EXHIBIT
2

## LOUISIANA STATE PENITENTIARY
## R.E. BARROW, JR. TREATMENT CENTER
## PHYSICIANS CLINIC

NAME: Raymond Harris    DOC#: 85555    CAMP: Cook 4/L    JOB ASSIGN: _____

TEMP: 98.2    PUSLE: 60    RESP: _____    B/P: 130/80    WEIGHT: 183

DATE: 6-16-10              Flu ward D/c

TIME: _____

                                                        No wt loss

ALLERGIES: NKA    68 BM

Was in NV I T8 R/o TB          Tobacco (+)

Had bronchoscopy fr Mass
some DDD. coul.
CT 2/10
3.5 Mass (L) lung Induration ase
CT abd - ↗.

PE LVD WN NAD                              WB
    lm - clr                               Chol 159
    cor - ↗.                               Gln 125

                    Awaiting lm bx result

Lung Mass
DM    OB
HTN - OR
HLD - OR

☐ DUTY STATUS: _____              ☑ APPOINTMENT: _____

☐ DIET: _____

☐ MISC. ORDERS: _____              PHYSICIAN SIGNATURE: _____

LSP-TC 19    06/2006              PHYSICIANS CLINIC

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIP RETURN

NAME: HARRIS,RAYMOND                                    DOC#: 85555

DATE RETURNED TO TREATMENT CENTER 06/03/2010          LOCATION: TC W1 L/R PAT

◆   CLINIC   EKL/SURGICENTER 530      Time returned to TC: _1800_  AM/**PM**

◆   OTHER #: Bronchoscopy c̄ Bx

Returned:  ✓ With Paperwork          __ Discharge to Camp

           __ Without Paperwork      Security Notified: _1800_  **AM** PM

           __ Obtain Results         Admit to: ✓ Nursing Unit I

Nurses Signature: _____               __ Nursing Unit II

— Ret. from EKL, sp Bronchoscopy.
— Ret. to NM-I.
            Per V/o Dr. Rountree / C. 8
            *off* on 6/21/10 @ 830 Cancelled by EKL

Called for
Pulmonary
1201 6/7/10
pm c̄ appt to
Left message

6/7/10 noted _____

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIPS

DATE: 06/03/2010

NAME: HARRIS,RAYMOND                          DOC#: 85555

♦    EKL ID#: 020710

♦    OTHER #: _____

SCHEDULED FOR CLINIC/DEPARTMENT:

| EKL/SURGICENTER 530AM |
|---|

WAS THE PATIENT SEEN IN CLINIC/DEPARTMENT: _____ YES _____ NO
IF NO, GIVE REASON WHY:

| |
|---|

INMATE REFUSAL: _____ YES _____ NO
REASON FOR RESCHEDULE:

| |
|---|

WAS PATIENT ADMITTED: _____ YES _____ NO
REASON FOR ADMIT:

| |
|---|

SIGNATURE: _____

***********PLEASE FAX A COPY OF ALL REPORTS TO TRIPS AT L.S.P.*********
         FAX # (225) 655-2275         PHONE # (225) 655 2261
         ****RETURN THIS FROM TO L.S.P. WITH SECURITY****

EKLM 100
7/09

**EARL K. LONG MEDICAL CENTER**

**INCARCERATED PATIENT SUMMARY**

PT#    886202 MR 020710    06/03/10
HARRIS ,RAYMOND    2 / M   68
01/09/1942    J ASU

| DATE | HOSPITAL NO. | | DOB |
|------|-------------|--|-----|
| NAME | | | ADDRESSOGRAPH |

## TO BE COMPLETED BY PHYSICIAN

Date Dishcarge: _____
Principle Dx: _____

Secondary Dx: _____

Surgical Procedure/Date: _____

Complications: _____

Discharge Medications: Resume meds @ Angola _____

Treatments/Dressings/Wound Care: _____

Diet: Regular _____

Activity: Ad Lib _____

Limitations: (stairs, exercise, sexual, lifting) ø _____

Condition on Dishcarge: Stable _____

_____ , MD    _____
Signature    Date

## TO BE COMPLETED BY NURSE

| Mental Status: | Alert | Confused | Lethargic | Semi-Comatose/Comatose |
|---|---|---|---|---|
| Speech | Normal | Impaired | Unable to speak | |
| Hearing | Normal | Impaired R/L | Deaf | |
| Sight | Normal | Impaired R/L | Blind | |
| Feeding | Independent | Help with feeding | Cannot feed self | |
| Dressing | Independent | Help with dressing | Cannot dress self | |
| Bathing | Independent | Bathing with help | Bed bath with help | Bed Bath |
| Eliminations | Independent | Help to bathroom | Bedpan or urinal | Incontinence |
| Ambulatory Status | Independent | Walk with assistance | Cane/crutches/walker | Bedridden |

Clinic appoinment(s): _____ None (Place appointment on form after patient signs form.)

_____
_____

Patient Education Instruction:
☑ Disease J/p laparoscopy  ☐ HYFO/Hyperglycemia
☐ Wound Care  ☐ Stroke  ☐ Cast Care  ☐ Foot Care
☐ Smoking Cessation  ☐ CHF  ☐ Other

Appliances, supports, special equipment
_____
_____

Information faxed to facility    Y/N or NA
Discharge: ambulatory, wheelchair, stretcher

| D/C Wt | ____ | BP | 129/64 | P | 76 | R | 16 | TEMP | 97.9 |

Verification: I have read the above information and understand its content.

_____    _____
Patient Signature    Date/Time    Nurse Signature    Date/Time

# LOUISIANA STATE PENITENTIARY

## R. E. BARROW JR., TREATMENT CENTER

### TRIP RETURN

NAME: HARRIS,RAYMOND                                    DOC#: 85555

DATE RETURNED TO TREATMENT CENTER 05/24/2010          LOCATION: J CUDA 4/R

- CLINIC   EKL/Pulmonary 12pm          Time returned to TC: __6:30__ AM/**PM**

- OTHER #: __F lu__

Returned: ✓ With Paperwork              ✓ Discharge to Camp

___ Without Paperwork                   Security Notified: __6:30__ **AM**/PM

___ Obtain Results                      Admit to: ___ Nursing Unit I

Nurses Signature: _____       ___ Nursing Unit II

✱ LSP to call for RTC appt.

Per V/O Dr. Roundtree /CL

6/3/10

Nurse to call c̄ appt according to attached notes

5/25-10 notes

1) Bronchoscopy c̄ CBC PT/PTT pnw

2) RTC p̄ bronch

3) Sputum Cx and AFB fungi

Only sputum culture and test per Roundtree Done by NU5 wanted done to Offender admitted to Nursing I as ordered by Dr Roundtree

**LSUHCSD/Earl K. Long Medical Center**

_____ Clinic Note

PT#  3653165 MR 020710      05/24/10
HARRIS ,RAYMOND            2 / M  68
01/09/1942                J  FPU

| Date 05/24/2010 | Age 68 | Temp: ☐Oral ☐Ax. ☐Tympanic ☐Rectal  98⁰ |
|---|---|---|

| Height ☐inches ☐cm  67 | Weight ☐pounds ☐kg  189 | Waist Circumf. ☐inches ☐cm | BP 109/71 | Pulse 98 | Resp 20 | LMP (date) | ☒N/A | ☐Accucheck Time: | T. Collins GNA  Signature / Time  13:04 |

**Tobacco use:** ☒no ☐yes
☐ Educational handout given
☐ Cessation referral discussed
☐ Patient refused referral

**Abuse/Neglect:**
☒Patient was asked: Are you being abused, hurt, neglected?
Patient response:  ☐ Yes  ☒ No
If yes, _____ (MD/NP) notified at _____ (time)

**Suicide Risk:**
☒ Patient was asked: Are you having thoughts of hurting yourself?
Patient response:  ☐ Yes  ☒ No
If yes, _____ (MD,NP) notified at _____ (time)

**Fall Risk**
☒ No fall risk in clinic identified
☐ Fall Risk in clinic identified;
☐ Patient provided equipment and/or assistance to prevent fall in clinic

| ☐ Repeat Accucheck  Time: | ☐ Repeat Vital Sign  Time: | ☐ Peak Flow  Time: | ☐ Pulse Oximetry  Time: 94% | ☐ Asthma Control #  Time: | Pain Score  0 | Patient Phone: |

Reason for Visit  Urgent Visit (Hx LLL mass)

Nurse Signature / Time  _____ RN 1304

**HISTORY**
68 BB M ♭ HTN, DM c/o LLL mass × 2-3 mos. Pt
found out about lesion s̄ XRay obtained p̄ trauma
F/u LT 02/10 : 04/10. ∅ CP ∅ N/V
∅ F/C ∅ wt loss ∅ hemoptysis

Problem: HTN, DM
R right hernia          NKDA
Franklin NK
Soc: Angola × 48 yrs.
1 ppd × 30 yrs

**PHYSICAL**
Vitals reviewed
PERRL/EOMI
CTA B
MRG, S₂
Soft + NT / ⊕ BS ⊕

∅ Clubbing NL ext.
∅ Edema Pulses 2+
∅ Supraclavicular or Ax. LAD
CN II-XII intact Motor/Sensory intact

Prob list:
1) Lung Nodule
2) H/o Tobacco
3) HTN
4) DM
5) S₂

**ASSESSMENT**
68 BB M ♭ HTN, DM ⊤ LLL mass
Though ∅ Δ in appearance of LT lesion b/w 02/10 - 04/10 pt @ ↑ risk lung CA
given h/o tobacco + age. Will schedule for bronchoscopy
+ fluoro for BAL (with ? TBB ±

**PLAN OF CARE**
Return to clinic
1) Bronchoscopy (CBC, PT/PTT prior) → expect nurse call c̄ meds
2) BZ c̄ bronch → LSP to call
3) Sputum Cx incl AFB, fungus → LSP to obtain ___ ∅ C ∅ ∅ 20 ∅
   + Eval fungal / MTb, etc.
∅ F/C wt loss low prob TB  copy of clinic done given to guard

Glyburide QD      Metformin 25gm ⊕
Vytorin BID       Keppra 500 TID
                  ⊕
Atenolol 50 BID   ASA 10 ⊕
HCTZ 25 ⊕
Toprol 100 BID
NTG

Resident MD Signature / Time

Staff MD Signature / Time

Nurse Signature / Time  ___ RN 1515

EKLM 249
(Rev. 7/09)                    CHART

## LSU Health Care Services Division

## Earl K. Long Medical Center

### Discharge Medication Reconciliation

Raymond Harris
MRN: 20710
DOB: 1/9/1942          AGE: 68
Male
Height:  5' 7"  (11/21/07)
Weight: 181 lbs  (11/21/07)

| Allergies | Reaction | Record Date |
|---|---|---|
| No Known Allergies | | 5/24/10 |

| Medications (Rx, OTC, herbals, vitamins, dietary supp, etc.) | Last Dose | Continued | Discontinued |
|---|---|---|---|
| AmLODIPine Besylate (AmLODIPine Besylate) 10 MG Oral (1 tablet 1 time per DAY) | 5/23/10 12:00 | x | |
| Atenolol (Atenolol) 50 MG Oral (1 tablet 3 times per DAY) | 5/23/10 17:00 | x | |
| CarBAMazepine (CarBAMazepine) 200 MG Oral (1 capsule 2 times per DAY) | 5/23/10 12:00 | x | |
| Enalapril Maleate (Enalapril Maleate) 20 MG Oral (1 tablet 2 times per DAY) | 5/23/10 17:00 | x | |
| GlyBURIDE (Glyburide) 2.5 MG Oral (1 tablet 1 time per DAY) | 5/23/10 12:00 | x | |
| Hydrochlorothiazide (Hydrochlorothiazide) 25 MG Oral (1 tablet 1 time per DAY) | 5/23/10 12:00 | x | |
| Latanoprost (Latanoprost) 0.005 % Ophthalmic (1 drop at bedtime) [put one drop in both eyes at bedtime] | 5/23/10 19:00 | x | |
| Levetiracetam (Levetiracetam) 500 MG Oral (1 tablet 3 times per DAY) | 5/23/10 17:00 | x | |
| Metformin HCL (Metformin HCl) 500 MG Oral (4 tablets 1 time per DAY) | 5/23/10 12:00 | x | |
| Mineral Oil (Mineral Oil) 50 % Oral (1 application daily) | 5/23/10 12:00 | x | |
| Nitrostat (Nitroglycerin) 0.4 MG Sublingual (1 tablet) [place one tablet under tongue as needed for chest pain up to 2 doses, spaced 5 minutes apart] | | x | |
| Simvastatin (Simvastatin) 20 MG Oral (3 tablets 1 time per DAY) | 5/23/10 17:00 | x | |

Source Legend:

| Reconciling Provider: Anne E Price, MD | Reconciled Date/Time:  5/24/10 13:40 |
|---|---|

Medical Record                                                                HCSD 7100CLOMEDRECN (8/08)

# LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER
### ANGOLA, LOUISIANA

## CONSULTANT REFERRAL FORM

PATIENT'S NAME: _Raymond Harris_    DATE: 5-13-10

DOC#: 85555    DOB: 1-9-42    HOSPITAL#: 020710

REQUEST FOR CONSULTATION (please specify location/physician): _Pulmonary_

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

68 y.o. ♂ w/ (L) Lower Lobe Mass
no Δ in size over 3 mos.
Needs Pulm Eval, possibly
Bronch

5-24-10
@ 12pm

---

**Provisional Diagnosis:**

**Requested by:**

---

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. DO NOT allow the inmate to have access to this information.

LSP-TC 22    Rev. 10/97

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIPS

DATE: 05/24/2010

NAME: HARRIS,RAYMOND                              DOC#: 85555

♦    EKL ID#: 020710

♦    OTHER #: _____

SCHEDULED FOR CLINIC/DEPARTMENT:

EKL/PULMONARY 12:00PM

WAS THE PATIENT SEEN IN CLINIC/DEPARTMENT: _____ YES _____NO
IF NO, GIVE REASON WHY:

INMATE REFUSAL: _____ YES _____ NO
REASON FOR RESCHEDULE:

WAS PATIENT ADMITTED: _____ YES _____NO
REASON FOR ADMIT:

SIGNATURE: _____

***********PLEASE FAX A COPY OF ALL REPORTS TO TRIPS AT L.S.P.*********
        FAX # (225) 655-2275         PHONE # (225) 655 2261
        ****RETURN THIS FROM TO L.S.P. WITH SECURITY****

| NAME: | RAYMOND HARRIS |
|---|---|
| DOC#: | 85555 |
| AGE: | 68 |
| LOC: | J |
| DOCTOR: | TRIPS/ROUNDTREE |
| DATE: | 05/20/2010 |
| TIME: | 0830 |
| INITIAL: | RS |

```
ID: 85555                        05-20-10
CVWB                                12:33
                                 Patient
                                 Limits 1
WBC      4.4  *L x10^3/uL     4.5    10.5
LY      29.0      %          20.5    51.1
MO       6.6      %           1.7     9.3
GR      64.4      %          42.2    75.2
LY#      1.3  *  x10^3/uL     1.2     3.4
MO#      0.3  *  x10^3/uL     0.1     0.6
GR#      2.8  *  x10^3/uL     1.4     6.5
RBC      4.75    x10^6/uL     4.00    6.00
Hgb     14.0     g/dL        11.0    18.0
Hct     40.8     %           35.0    60.0
MCV     85.8     fL          80.0    99.9
MCH     29.5     pg          27.0    31.0
MCHC    34.4     g/dL        33.0    37.0
RDW     14.8  H  %           11.6    13.7
Plt    177.      x10^3/uL   150.    450.
MPV      8.0     fL           7.8    11.0
```

5-24-10



COPY

MANUAL      CELL
DIFFERENTIAL  MORPHOLOGYM

| BAND | | POLYCH | |
|---|---|---|---|
| POLY | | HYPOCH | |
| LYMPH | | ANISO | |
| MONO | | MICRO | |
| EOSIN | | MACRO | |
| BASO | | POIKILO | |
| META | | SPHERO | |
| MYELO | | TARGET | |
| PROS | | BASO SLIP | |
| BLAST | | TOXIC GR. | |
| | | SICKLED CELLS | |

COMMENTS: _____

_____

REPORTED: DATE/TIME/INITIAL
5/20/10   12:13





COPY

**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-1935

Phone: 800-735-4087

| SPECIMEN 140-252-0235-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

ROUNDTREET                      FASTING: N
                          DOB: 1/09/1942

| CLINICAL INFORMATION |
|---|
| CD- 41103823885 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 |

| PHYSICIAN ID. TRIPS | NPI | PATIENT ID. 85555 |
|---|---|---|

PT. ADD.: 911 WAREHOUSE
          ANGOLA          LA          70712-0000

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA   70712-0000

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 5/20/2010    8:30 | 5/20/2010 | 5/21/2010 | 8:25 | 4472 |

ACCOUNT NUMBER:   17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

```
PT and PTT
   INR                          1.1                0.8 - 1.2      01
           Reference interval is for non-anticoagulated patients.


           Suggested INR therapeutic range for Vitamin K
           antagonist therapy:
                 Standard Dose (moderate intensity
                               therapeutic range):    2.0 - 3.0
                 Higher intensity therapeutic range   2.5 - 3.5
Prothrombin Time                 10.9    sec          8.7 - 11.5     01
aPTT                             30      sec          24  - 33       01
This test has not been validated for monitoring unfractionated heparin
therapy. aPTT-based therapeutic ranges for unfractionated heparin
therapy have not been established. For general guidelines on
Heparin monitoring, refer to the LabCorp Directory of Services.
```

```
LAB: 01 MB    LabCorp Birmingham              DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935
```



COPY

| Pat Name: HARRIS,RAYMOND | Pat ID: 85555 | Spec #: 140-252-0235-0 | Seq #: 4472 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIP RETURN

NAME: HARRIS,RAYMOND                          DOC#: 85555

DATE RETURNED TO TREATMENT CENTER 05/20/2010          LOCATION: J CUDA 4/R

◆   CLINIC  EKL/PFT                    Time returned to TC: ___4:10___ AM/**PM**

◆   OTHER #: _____

Returned: __ With Paperwork          ✓ Discharge to Camp

          ✓ Without Paperwork        Security Notified: __4:15__ AM/**PM**

          __ Obtain Results          Admit to: __ Nursing Unit I

Nurses Signature: _____          __ Nursing Unit II

*Has appt. for Monday 5/24 must return to PFT area 2 hours before scheduled appt. Did not complete test 2° machine breakdown.*

5-21-10
*noted*

# LOUISIANA STATE PENITENTIARY
## R.E. BARROW JR. TREATMENT CENTER
## ANNUAL TB SCREENING

NAME: Raymond Harris  DOC# 85555  HOUSING J Cuda 4/R

**MEDICAL HISTORY:**

Positive PPD? Y (Y/N)

Date of Positive PPD: 10 / 20 / 1981
Mo. Day Yr

Date of Test: 5 / 4 / 10
Mo. Day Yr.

Time of Test: 1200

Lot Number: C3367AA

Location: LFA

Placed By: A Hughes Jr
Signature

DOB: 1/9/42 RACE: B
MO. DAY YR.

Date Test Read: 5 / 17 / 10
Mo. Day Yr.

Time Read: 1100a

Positive/Negative? POS
Pos/Neg

Size (mm): 15mm

Read By: A Hughes Jr
Signature

Follow-up Date: ___ / ___ / ___
Mo. Day Yr.

Chest X-Ray? ___ Date ___ / ___ / ___
(Y/N) Mo. Day Yr

HIV Positive? ___
Y/N

**CONTACT DATA**

Screen or Contact _____

First Name          Last Name

_____          _____

Symptoms Reported/Observed? ___
Y/N

Describe:

DOC#

_____

Has treatment been initiated? _____ (Y/N)

Drug 1: _____  Drug 2: _____  Drug 3: _____

Start Date: _____  Start Date: _____  Start Date: _____

Stop Date: _____  Stop Date: _____  Stop Date: _____

Dosage: _____  Dosage: _____  Dosage: _____

Comments:

Data Entry Person: _____  Date of Entry _____
Signature

*has appt 8-19-10 for RH colon*

# LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER
### ANGOLA, LOUISIANA

#### CONSULTANT REFERRAL FORM

PATIENT'S NAME: Raymond Harris     DATE: 5-13-10

DOC#: 85555     DOB: 1-9-42     HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): GI Clinic

---

**BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:**

68 yo ♂ w/ ⊕ Lung Mass.

No recent C-Scope.

Please eval for C-Scope

---

**Provisional Diagnosis:**

**Requested by:** Lewis MD

---

**NOTICE: This patient is in custody.  Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. DO NOT allow the inmate to have access to this information.**

LSP-TC 22   Rev. 10/97

6 6 4 6 - ☐

**.. Barrow, Jr. Treatment Center**
**Physician's Clinic**

PSNMDF

| Name HARRIS , RAYMOND | DOC 85555 | Location J CUDA 4/R | Date: 5/13/2010 |
|---|---|---|---|

**BP:** 102 / 84    **Temp**         **Pulse** 64   **Resp:** 20    **Height** 67   **Wt.:** 187    **Time:** 11:33:29 AM

**DOB** 1/09/42                        68   **year old** B    **Male**

**Allergies:** None Known

**Reason for Visit:** EKL  SX  CLINIC

**Chief Complaint:**

**O2 Saturation**

68 yo ♂ w/ Ⓛ Lower Lung Mass
seen on CT Scan in 01-2010.
∅ Hemoptysis n wt Loss n Cough.
Repeat CT Scan (4-30-10) showed ∅ interval
Δ in mass size n appearance
∅ Hilar n Mediastinal LAD.
Exam: un Δ'd

Hx of ⊕ PPD in 1981

ROS: ∅ wt Loss; ∅ Dysphagia;
∅ GPR; ∅ N/V; ∅ Fevers

**Assessment:**

1. Ⓒ Chest Mass Un Δ'd in size
   (Malignancy unlikely)
2. _____
3. _____
4. _____
5. _____

**Plan:**

1. TB Test / HIV Test
2. Refer to Pulm Clinic
3. C-Scope
4. Repeat Chest CT 4 mos

COPY TO I
+ pt seen + consented

5-13-10
Barker
CP 20

PPD

_____      _____
**Date**                          **MD Signature**

EKLM603
Rev. 4/04

*TO Be done 9/2010*

ANCILLARY

OUTPATIENT FUTURE ORDERS/DOWNTIME ORDER SHEET

PATIENT NAME: *Raymond Hakiz*

DOC#: *85555*

Patient Label

Clinic/Unit Name: *EKLSX*    Ordering MD: *LYONS*    Date & Time: *5/31/10*    ____ AM/PM

Signature of person completing this form: *Lyons MD*

---

## PERTINENT HISTORY

*68 yo ♂ w/ lung Mass (3.5 cm in ® lower lobe)*

---

## RADIOLOGY

ICD-9 Code(s): _____

☐ X-ray type(s):
1) _____
2) _____
3) _____
4) _____

☐ Nuclear Medicine Test: _____

☐ CT of *Chest* _____    ☐ W/Contrast
                                  ☐ W/O Contrast

☐ Mammogram: _____    ☐ Screening
                              ☐ Diagnostic

☐ Ultrasound of _____

☐ Vascular Test: _____

☐ Other: _____

## RESPIRATORY

ICD-9 Code(s): _____

Pulmonary Function:
☐ Simple spirometry (30)        ☐ Simple pre/post PX (60)
☐ Simple spirometry w/lung volumes & diffusion study PR (60)
☐ Exercise spirometry CH (120)
☐ Complete study with pre/post spirometry lung volumes and diffusion study CH (120

Pulse Oximetry:
☐ Spot Check              ☐ Continuous

Pulmonary Function:
☐ Blood gases            ____ screen
☐ MDI  ☐ Medication      ☐ Nebulizer  ☐ Medication
☐ Peak flow maneuver     ☐ Aerochamber
☐ Other _____

---

## EEG

ICD-9 Code(s): _____

☐ EEG up to 1 hour          ☐ EMG four extremities

☐ EEG > 1 hour              ☐ EMG conical unilateral

☐ EEG awake & asleep        ☐ EMG thoracic/paraspinal

☐ Other _____

_____
_____

## CARDIOLOGY

ICD-9 Code(s): _____

BP: _____

Meds: _____
_____

☐ EKG (tracing only)          ☐ Holter (24 hour)
☐ ECHO: ☐ m mode 2/0  ☐ Limited study  ☐ Portable
        ☐ Doppler  ☐ Color Doppler  ☐ TEE  ☐ Stress Echo
☐ Treadmill              ☐ King of Hearts
☐ Other _____

---

## PHYSICAL THERAPY

ICD-9 Code(s): _____
☐ Evaluate and Treat                ☐ Other: _____

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
ANGOLA, LOUISIANA

CONSULTANT REFERRAL FORM

PATIENT'S NAME: Raymond Harris     DATE: 5-13-10

DOC#: 85555     DOB: 1-9-40     HOSPITAL#:

REQUEST FOR CONSULTATION (please specify location/physician): Pulmonary

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

68 y.o. A w/ L Lower Lobe Mass

no Δ in size on over 3 mos.

Needs Pulm Eval possible

Bronch

COPY

Provisional Diagnosis:     Requested by:

_____ MD

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. DO NOT allow the inmate to have access to this information.

LSP-TC 22   Rev 10/97

# LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER
### ANGOLA, LOUISIANA

## CONSULTANT REFERRAL FORM

PATIENT'S NAME: Raymond Harris          DATE: 5-13-10

DOC#: 85555          DOB: 1-9-42          HOSPITAL#:

REQUEST FOR CONSULTATION (please specify location/physician): GI Clinic

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION

68 yo ♂ w/ ⊕ Lung Mass.

No recent C-Scope.

Please eval for C-Scope

Provisional Diagnosis:                    Requested by:

/                                         Lyons MD

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. **DO NOT** allow the inmate to have access to this information.

LSP TC 33   Rev. 10/07

R 0940000

Penitentiary Directive No. 13.002
Attachment A

# LOUISIANA STATE PENITENTIARY
# HIV TESTING PATIENT INFORMED CONSENT

With my signature below, I acknowledge that I have read (or had read to me) and understand the following information:

## FACTS ABOUT HIV TESTING (HIV-1 ANTIBODY OR OTHER HIV TESTS)

I have been told that: (1) My blood will be tested for signs of an infection by the Human Immunodeficiency Virus, the virus that causes AIDS; (2) My consent to have my blood tested for HIV has been freely given; (3) I understand that the results of this test are confidential and will not be released to anyone who would not legally have access to my medical record except by my signed consent or as otherwise allowed by law.

## WHAT A REACTIVE (POSITIVE) TEST MEANS:

1.  A reactive HIV test means that I have the HIV infection and can spread the virus to others by having sex or sharing needles in drug use.
2.  A reactive test DOES NOT mean that I have AIDS. Other tests will need to be completed before a diagnosis of AIDS can be confirmed.
3.  If my test result is reactive, I will be referred to my primary health care provider.

## WHAT A NON-REACTIVE (NEGATIVE) RESULT MEANS:

1.  In most instances, a NON-REACTIVE test means that a person is not infected.
2.  After receiving a non-reactive (negative) HIV test, you can still develop a reactive (positive) test up to 6 months later if you have been exposed to the HIV virus within the last six months before testing.
3.  Whether your results are positive or negative, you should decrease your risk of exposure to HIV. This can be accomplished by reducing High Risk Behaviors such as: sharing needles, tattooing, body piercing, oral, anal, and vaginal sex. Avoid contact with blood (fighting), semen, and vaginal fluids. Please ask your counselor if you have any questions about risk reduction. The only way to prevent transmission of the virus through sexual activity is to be abstinent. You may ask your counselor about condom use upon discharge from the correctional system.

## WHAT SHOULD BE DONE IF MY TEST IS REACTIVE (POSITIVE)?

1.  I will be told to keep from spreading the HIV infection by: (1) Avoiding sexual intercourse or practicing safer sex; (2) Not sharing drug needles.
2.  If further testing reveals that I have AIDS, my name will be reported to the State Office of Public Health to assist me in obtaining services and to help the Health Department understand and control the AIDS problem.
3.  I know that the Office of Public Health or my doctor may assist me in notifying and referring my partners for medical services, without giving my name to my partners.
4.  If I refuse to notify my partner(s), my doctor may either notify them or have the Office of Public Health do so.

A health care worker will notify you of your test results.

Additional information regarding HIV/AIDS can be obtained by sending a letter to the Infection Control Department.

I have had a chance to have my questions about this test answered. I hereby agree to have my blood drawn for the HIV tests.

| Signature: | Raymond Harris | Printed Name: Raymond Harris |
|---|---|---|
| DOC #: | 85555 | Location: Cuda 4 / R |
| Health Care Worker: | | Date: 5-13-10 | Time: 1230 pm |

Section 6 of Medical Record
LSP-TC 18



| Patient Name: | Raymond Harris | | MRN: | 20710 (EKL) |
|---|---|---|---|---|
| Age: | 68 Years (1/9/1942) | | Gender: | Male |



**Radiology**

EKL - Earl K. Long Medical Center
5825 Airline Highway
Baton Rouge LA 70805

Ordering Physician:
Interpreting Physician: HOFF, DAVID
Priority:
Report Status:        Draft
Test Type:        CHEST/THORAX W/ CONTRAST

Order Date:
Performed Date:        4/30/2010 00:00:00
Result Date:        05/01/2010 21:26:14

```
                 LSU MEDICAL CENTER EARL K. LONG
                      5825 AIRLINE HIGHWAY
                      BATON ROUGE, LA 70805


                         RADIOLOGY REPORT


     PATIENT:  HARRIS, RAYMOND
     MR#:      020710

     DOB:

     EXAM TYPE:  CT SCAN OF THE CHEST

     EXAM DATE:  4/30/2010

     SERVICE CODE:  6330095

     CLINICAL HISTORY:

     FINDINGS:  No evidence of mediastinal or hilar adenopathy can be
     identified.  The patient has a cavity soft tissue mass in the left
     lower lobe breaching the major fissure and shows evidence of central
     low density.   Differential considerations would include fungus ball,
     brown pneumonia of necrotic soft tissue mass.   Significant
     thickening of the pulmonary ligament is suggested inferiorly.   No
     hilar lymphadenopathy can be seen.   Comparing this examination to a
     prior examination dated 2/04/2010, shows that this mass has a similar
     appearance.

     IMPRESSION:
     1.    3.2 cm in diameter mass in the left lower lobe that appears to breach
           the major fissure.  It shows central low density.  Its
           appearance is similar to a prior film dated 4/30/2010 and
           differential considerations would include a necrotic tumor,
           fungus ball or other inflammatory mass.   Several smaller
           nodules can be identified in the lower lobe on this study, as
           well as the prior examination and overall the appearance is
           similar.   Given the multiplicity of lesions an inflammatory
           mass or metastatic disease is more likely.   The lack of
           interval change argues again metastatic disease.   Needs
           follow-up.
```

| Patient Name: Raymond Harris Jr | MRN: 20710 (EKL) |
|---|---|
| Age: 68 Years (1/9/1942) | Gender: Male |

DAVID HOFF MD

```
\:  MERLENE      DD:  04/30/2010    TD:  11:32 AM     ID:  711713
/:  269          DT:  05/01/2010    TT:  09:26 PM     JOB:
0350953

cc:
```

Page 01 of 01

| Diagnosis Code | Description |
|---|---|

6 6 4 6 -

PSHMOf

## LOUISIANA STATE PENITENTIARY

### R. E. BARROW JR., TREATMENT CENTER

### TRIP RETURN

NAME: HARRIS,RAYMOND                          DOC#: 85555

DATE RETURNED TO TREATMENT CENTER 04/30/2010         LOCATION: J CUDA 4/R

◆   CLINIC    EKL/CT 9:00AM          Time returned to TC: 12 15/pm  AM/PM

◆   OTHER #: Chest EKL/sx

Returned: __ With Paperwork              ✓ Discharge to Camp

          ✓ Without Paperwork            Security Notified: 12 15/pm AM/PM

          ✓ Obtain Results               Admit to: __ Nursing Unit I

Nurses Signature: C. Leonard, LPN                __ Nursing Unit II

Results attached

Noted 5/3/10 C. Leonard, LPN

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIPS

DATE: 04/30/2010

NAME: HARRIS,RAYMOND　　　　　　　　　　DOC#: 85555

◆　EKL ID#: 020710

◆　OTHER #: _____

```
PT#  3635439 MR 020710      04/30/10
HARRIS ,RAYMOND             2 / M   68
01/09/1942                  J  MEC
```

SCHEDULED FOR CLINIC/DEPARTMENT:

EKL/CT 9:00AM

WAS THE PATIENT SEEN IN CLINIC/DEPARTMENT: _____ ✓ YES _____NO
IF NO, GIVE REASON WHY:

INMATE REFUSAL: _____ YES ___✓___ NO
REASON FOR RESCHEDULE:

WAS PATIENT ADMITTED: _____ YES ___✓___NO
REASON FOR ADMIT:

SIGNATURE: _____

***********PLEASE FAX A COPY OF ALL REPORTS TO TRIPS AT L.S.P.*********
　　FAX # (225) 655-2275　　　　PHONE # (225) 655 2261
　　　****RETURN THIS FROM TO L.S.P. WITH SECURITY****

| Patient Name: Raymond Harris | MRN: 20710 (EKL) |
|---|---|
| Age: 68 Years (1/9/1942) | Gender: Male |

 **Radiology**   EKL - Earl K. Long Medical Center
5825 Airline Highway
Baton Rouge LA 70805



Ordering Physician:
Interpreting Physician: HOFF, DAVID
Priority:
Report Status:          Draft
Test Type:              CHEST/THORAX W/ CONTRAST

Order Date:
Performed Date:       4/30/2010 00:00:00
Result Date:          05/01/2010 21:26:14

```
              LSU MEDICAL CENTER EARL K. LONG
                    5825 AIRLINE HIGHWAY
                   BATON ROUGE, LA 70805

                      RADIOLOGY REPORT

      PATIENT:   HARRIS, RAYMOND
      MR#:       020710

      DOB:

      EXAM TYPE:  CT SCAN OF THE CHEST

      EXAM DATE:  4/30/2010

      SERVICE CODE:  6330095

      CLINICAL HISTORY:

      FINDINGS:  No evidence of mediastinal or hilar adenopathy can be
      identified.  The patient has a cavity soft tissue mass in the left
      lower lobe breaching the major fissure and shows evidence of central
      low density.  Differential considerations would include fungus ball,
      brown pneumonia of necrotic soft tissue mass.  Significant
      thickening of the pulmonary ligament is suggested inferiorly.  No
      hilar lymphadenopathy can be seen.  Comparing this examination to a
      prior examination dated 2/04/2010, shows that this mass has a similar
      appearance.

      IMPRESSION:
      1.   3.2 cm in diameter mass in the left lower lobe that appears to breach
           the major fissure.  It shows central low density.  Its
           appearance is similar to a prior film dated 4/30/2010 and
           differential considerations would include a necrotic tumor,
           fungus ball or other inflammatory mass.  Several smaller
           nodules can be identified in the lower lobe on this study, as
           well as the prior examination and overall the appearance is
           similar.  Given the multiplicity of lesions an inflammatory
           mass or metastatic disease is more likely.  The lack of
           interval change argues again metastatic disease.  Needs
           follow-up.
```

| Patient Name: Raymond Harris I.: | MRN: 20710 (EKL) |
|---|---|
| Age: 68 Years (1/9/1942) | Gender: Male |

DAVID HOFF MD

| \: MERLENE | DD: 04/30/2010 | TD: 11:32 AM | ID: 711718 |
|---|---|---|---|
| /: 269 | DT: 05/01/2010 | TT: 09:26 PM | JOB: |
| 0350953 | | | |

cc:

Page 01 of 01

| Diagnosis Code | Description |
|---|---|

R. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Raymond Harris    DOC#: 85555   CAMP: Cuda 4/R   JOB ASSIGN: _____

TEMP: 97.5    PUSLE: 68    RESP: _____    B/P: 122/70   WEIGHT: 191

DATE: 4-27-10    Fu  DM, HTN, CXR

TIME: _____

ALLERGIES: NKA    68 BM

DMHx:    DM
         HTN
         Glaucoma
         HLD

2/04/10   CT chest
          3.5cm soft tissue mass

3/12/10   MASS (L) lower lung - previously
          seen 1/24/10.

GEN: NAD

CV: RRR s̄ (M)

Lungs: scattered rhonchi (B)
         crackles

ABD: Soft NT BS (+)

2/10
TSH  0.628

1/10

139 | 108 | 8
4.4 | 27  | 0.7  \ 125

CHOL - 159
HDL - 34
LDL - 102

(L) lung mass - Awaiting repeat CT

HTN - Stable

DM - Stable cont mgt

          14.9
5.0  >          / 181
          43.8

HgA1C  (6.7)

DUTY STATUS: _____ X 3 mo _____ (SW)

DIET: _____

MISC. ORDERS: _____   JBrown H-27-10 @ 1PM

3/09   PSA  0.6

□ APPOINTMENT: _____

PHYSICIAN SIGNATURE: R L_____

# LOUISIANA STATE PENITENTIARY
# R. E. BARROW, JR. TREATMENT CENTER

## SPECIAL DIET REVIEW

INMATE NAME:  _Raymond Harris_

DOC#:  _85555_

HOUSING AREA:  _JCuda 4|R_

DATE:  _3|25|10_

A review of the medical record and Kitchen Sign-In Sheet has been done on the above named and numbered inmate. This inmate has been **NON-COMPLIANT** with his medically indicated and prescribed special diet.

☐ Change diet to REGULAR DIET X PERMANENT.

☑ Change diet to the Following:

_ADA Diet_

_w/ High Fiber_

_OK to have PM Snack_

Ordered by: _Lins MD_                    Date: _3-25-10_

E. Barrow, Jr. Treatment Center
Physician's Clinic

| | : RAYMOND | DOC 85555 | Location J CUDA 4/R | Date: 3/25/2010 |
|---|---|---|---|---|

72　Temp 97.4　Pulse 68　Resp: 20　Height 67　Wt.:190

709/42　　　　　　　68　year old B　Male

Time: 7:27:48 AM

gies: None Known

son for Visit EKL SX

of Complaint:

aturation [　　　　]

68 y/o ____ pt @ EKC

02-2010 for Pneumonia

¢ sg DOE currently;

SoB improved; ¢ Hemoptysis

¢ wt Loss

A x 0 x 4

CTA (B); ¢ wheyes

RRR

Abd- Soft; Old Midline Inc well healed

cT Chest : (L) Infrahilar 3.5 cm Soft Tissue
Mass; ¢ LAD

cT Abd / Pelvis: Diverticular Dz

(L) Chest Mass

Diverticular Dz

PMHx: DM; HTN; CAD

PSHx: Hernia Surgery (Mult Abd)

SocHx: 50+ yr Cigs

3/25/10
But
ok

Plan:

1. Repeat CT Chest 3 s ē Contrast

2. Will Review Films (CT)

3. High Fiber Det

4. RTC p̄ CT Chest

5.

3-25-10

Date

MD Signature

EKLH603
Rev. 4/04

PATIENT NAME: _Raymond Harris_

DOC#: _8555_

Patient Label

### ANCILLARY
### OUTPATIENT FUTURE ORDERS/DOWNTIME ORDER SHEET

Clinic/Unit Name: _EKLSX_ Ordering MD: _Lyons_ Date & Time: _3-20-10_ _____ AM/PM

Signature of person completing this form: _____

---

**PERTINENT HISTORY**

Lung Mass
Hx of Pneumonia

---

**RADIOLOGY**

ICD-9 Code(s): _____

☐ X-ray type(s):
1) _____
2) _____
3) _____
4) _____

☐ Nuclear Medicine Test: _____

☐ CT of _____ ☐ W/Contrast
☐ W/O Contrast

☐ Mammogram ☐ Screening
☐ Diagnostic

☐ Ultrasound of _____

☐ Vascular Test _____

☒ Other: CT of Chest w/ & contrast

**EEG**

ICD-9 Code(s): _____

☐ EEG up to 1 hour ☐ EMG four extremities

☐ EEG > 1 hour ☐ EMG conical unilateral

☐ EEG awake & asleep ☐ EMG thoracic/paraspinal

☐ Other _____

Lymsms 80286

**PHYSICAL THERAPY**
ICD-9 Code(s): _____
☐ Evaluate and Treat ☐ Other

---

**RESPIRATORY**

ICD-9 Code(s): _____

Pulmonary Function:
☐ Simple spirometry (30) ☐ Simple pre/post PX (60)
☐ Simple spirometry w/lung volumes & diffusion study P.R. (60)
☐ Exercise spirometry CH (120)
☐ Complete study with pre/post spirometry lung volumes and diffusion study CH (120)

Pulse Oximetry:
☐ Spot Check ☐ Continuous

Pulmonary Function:
☐ Blood gases ☐ RSV
☐ MDI ☐ Medication ☐ Nebulizer Medication
☐ Peak flow maneuver ☐ Aerochamber
☐ Other _____

**CARDIOLOGY**

ICD-9 Code(s): _____

BP: _____ Wt: _____

Meds: _____

☐ EKG (tracing only) ☐ Holter (24 hour)
☐ ECHO: ☐ m mode 2/0 ☐ Limited study ☐ Portable
☐ Doppler ☐ Color Doppler ☐ TEE ☐ Stress Echo
☐ Treadmill ☐ King of Hearts
☐ Other _____

COPY

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
ANGOLA, LOUISIANA

CONSULTANT REFERRAL FORM

PATIENT'S NAME: _Raymond Thomas_    DATE: _02/28/10_

DOC#: _85555_    DOB: _____    HOSPITAL#: _LSP - 88_

REQUEST FOR CONSULTATION (please specify location/physician): _____

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

① leg mass XR — speculated, Ta3
HX

② CT

f/u after CT

---

Provisional Diagnosis:                    Requested by:

① leg mass — speculated

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow up. **DO NOT** allow the inmate to have access to this information.

LSP:TC 22    Rev. 10/97

R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Raymond Harris   DOC#: 85555   CAMP: Cuda 4/R   JOB ASSIGN: _____

TEMP: 98.0   PUSLE: _____   RESP: _____   B/P: 138/80   WEIGHT: 190

DATE: 3-10-10   F/U HTN, DM, ↓TSH, Lung mass

TIME: _____

ALLERGIES: NKA   68 BM                    Smith

Lung mass — had CT 2/4/10

less cough ⊖ hemoptysis

No wt loss         can't find CXR report

CT  3.5 mass ⊕ hilar

No lymphad.              Lab 1/28/10

"round pneumonia"        ch 14 ok
no CA                    CDC ✓
                         UA — 100 pro
                         HA1C 6.7

Lung Mass  "Round Pneumonia" 6

DM — Well contld              /CXR slip sent

HTN — OK
HLD  OK

DUTY STATUS: _____      ☑ APPOINTMENT: /mo

DIET: _____

MISC. ORDERS: _____     PHYSICIAN SIGNATURE: _____

-TC 19   06/2006           PHYSICIANS CLINIC

INDIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER

PATIENT DATA                    DATE: 2/8/10

NAME: Raymond Harris    DOC#: 85555    ALLERGIES: NKDA

TEMP: 96³  PULSE: 72  RESP: 18  B/P: 150/93  HEIGHT: 67  WEIGHT: 194  AGE: 56 B/I

MEDICAL HISTORY: Flu labs, HTN, DM, CXR, 1/24/10 MRSA, APE
Jan. 2010

(ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHALL BE RECORDED)

| | | |
|---|---|---|
| GENERAL | ☑ NOT IN DISTRESS | ☐ ABNORMALITIES |
| SKIN | ☐ NORMAL TEXTURE | ☐ ABNORMALITIES |
| EYES | ☐ PERRLA, EOMI | ☐ ABNORMALITIES |
| EARS | ☐ NL EAC AND NLTM | ☐ ABNORMALITIES |
| NOSE | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| THROAT | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| NECK | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| CHEST | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| HEART | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| ABDOMEN | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| RECTAL/PROSTATE | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| EXTREMITIES | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NEUROLOGICAL | ☐ NORMAL EXAM | ☐ ABNORMALITIES |

LAST FLEX SIG/COLONOSCOPY    DATE: _____    RESULT: _____

LAST PSA    DATE: _____    RESULT: 0-6

LAST EKG    DATE: _____    RESULT: _____

NOTES:

TEST ORDERED:

RETURN APPOINTMENT:

PATIENT DATA

LSP-TC 25 07/2006

LOUISIANA STATE PENITENTIARY
R. E. Barrow, Jr. Treatment Center

**REQUEST FOR EKG**

DATE ORDERED: _02/08/10_

PATIENT NAME: _Raymond Harris_  DOC#: _85555_

ROUTINE: _____  STAT: _____

SIGNATURE: _α_

DATE OF APPOINTMENT: _____

LSP-TC 24   Rev. 10/97

please sea