### R. E. BARROW, JR. TREATMENT CENTER
### ANGOLA, LOUISIANA

## CONSULTANT REFERRAL FORM

PATIENT'S NAME: _____ DATE: _____

DOC#: _____ DOB: _____ HOSPITAL #: _____

REQUEST FOR CONSULTATION (please specify location/physician): _____

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

Provisional Diagnosis: _____ Requested by: _____

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. DO NOT allow the inmate to have access to this information.

LSP-TC 22    Rev. 10/97

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIP RETURN

NAME: HARRIS,RAYMOND                                    DOC#: 85555

DATE RETURNED TO TREATMENT CENTER 02/04/2010        LOCATION: CBB U/R 0

◆   CLINIC   EKL/CT 11:00AM   PER      Time returned to TC: _____ AM/PM

◆   OTHER #: Chest/abd/pelvis CT Rpt

Returned: ___ With Paperwork              ___ Discharge to Camp

              ___ Without Paperwork         Security Notified: _____ AM/PM

              ___ Obtain Results             Admit to: ___ Nursing Unit I

Nurses Signature: _____      ___ Nursing Unit II

**LOUISIANA STATE PENITENTIARY**

**R. E. BARROW JR., TREATMENT CENTER**

**TRIPS**

DATE: 02/04/2010

NAME: HARRIS,RAYMOND                                    DOC#: 85555

♦    EKL ID#: 020710

♦    OTHER #:  _____

SCHEDULED FOR CLINIC/DEPARTMENT:

| EKL/CT 11:00AM   PERKINS ROAD |
|---|

WAS THE PATIENT SEEN IN CLINIC/DEPARTMENT:  ____✓___ YES  _____NO
IF NO, GIVE REASON WHY:

| |
|---|

INMATE REFUSAL:  _____ YES  ___✓___ NO
REASON FOR RESCHEDULE:

| |
|---|

WAS PATIENT ADMITTED:  _____ YES  ___✓___ NO
REASON FOR ADMIT:

| |
|---|

SIGNATURE:  _____

***********PLEASE FAX A COPY OF ALL REPORTS TO TRIPS AT L.S.P.*********
         FAX # (225) 655-2275          PHONE # (225) 655 2261
           ****RETURN THIS FROM TO L.S.P. WITH SECURITY****

```
02/01/2010                        PRESCRIPTION EXPIRATION REPORT                            PAGE:  48
LSP PHARMACY                      LSP PHARMACY                                                 08:55
                                  02/15/2010  THRU  02/28/2010
                                  DISPENSING FOR: MAIN PRISON CELLBLOCKS
  RX NUM  DETAIL            DRUG NAME              ORD DATE    LAST FIL    EXP DATE    DLY QTY  SIG
```

PERSON: HARRIS, RAYMOND
LOCATION: C JAG 3/R CBB U/R 0
  914700  34000003100340        NUMBER: 85555
    RENEW                 AMLODIPINE  (NORVASC) 10   02/17/2009  11/20/2009  02/16/2010    1.0000 TAKE ONE TABLET AT 2ND PILL

J Brown Bru 2-2-10

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

NPO / PREP ORDER

| NAME: Raymond Harris | DOC#: 85555 | LOCATION: C JAg3/R | DATE: 2/3/10 |
|---|---|---|---|

This patient has been scheduled for EKL ct 2/4/10 Perkins Time: 11:00/A (AM) PM

He will be admitted to the Nursing Unit on _____ .

☐ Keep NPO at the Camp, callover to explain NPO status

Check: ☐ See attached sheet for Special Orders

☐ NPO past _____

Jonathan Roundtree, M.D.
Medical Director

**EMERGENCY CONTACT:**

Name: MRS. MYRTLE WILLIS
Relationship: COUSIN
Telephone #: 504-371-5916

My signature below authorizes the release of medical information to the person(s) identified by me in the emergency notification section of this record.

| NPO status explained to patient | NURSE'S SIGNATURE: | INMATE SIGNATURE: Raymond Harris | DOC#: X 85555 |
|---|---|---|---|
| NPO status explained to Nursing Unit Security | NURSE'S SIGNATURE: _____ | CSO's SIGNATURE: _____ | |

DOES PATIENT WISH TO REFUSE THIS TEST?     ☐ YES     ☑ NO

NURSE'S SIGNATURE: _____

INMATE'S SIGNATURE: X Raymond Harris     DOC#: X #85555

| B/P: | Weight: | Temp: | Pulse: | Resp: |
|---|---|---|---|---|

## LOUISIANA STATE PENITENTIARY
## R.E. BARROW, JR. TREATMENT CENTER
## PHYSICIANS CLINIC

NAME: _Raymond Warner_ DOC#: _85555_ CAMP: _CCA_ JOB ASSIGN: _____

TEMP: _____ PUSLE: _____ RESP: _____ B/P: _____ WEIGHT: _____

DATE: _2/1/10_

TIME: _10:20m_

ALLERGIES: _____ _Chest review_

Offender, Raymond Warner. "85555, has (R) LL
[?] on CXR - dated 1/24/10

Will schedule CatI appt and for a CT of
chest/abdomen/pelvis ASAP

10⁴⁵

RTC 02/01/10

☐ DUTY STATUS: _____    ☐ APPOINTMENT: _____

☐ DIET: _____

☐ MISC. ORDERS: _____    PHYSICIAN SIGNATURE. _____

LSP-TC 19   06/2006                 PHYSICIANS CLINIC

ROBERT E. BARROW, JR. TREATMENT CENTER
EMERGENCY MEDICAL REPORT
VITAL STATISTICS

DATE: 1 / 24 / 10                                              TIME SEEN: 07 : 35

NAME: Raymond Harris    DOC#: 85555    AGE: 68    RACE: B

LIVING QUARTERS: CBB    JOB ASSIGNMENT: L/O    LAST TETANUS:

MEDICATIONS: Latanoprost Norvasc Glyburide Vasotec Zocor Tenormin HCTZ Tegretol N.Alostat Glucophage Keppra

ALLERGIES: NKDA

| DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION: |
|---|---|---|

| TIME: | B/P: | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |
|---|---|---|---|---|---|---|
| 07:35 | 122/81 | 76 | 16 | A0x4 | 97.1 | 100% |
| 08:31 | 131/86 | 61 | 16 | 11 | 97.5 | |
| : | / | | | | | |

CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: 68 y/o BM amb to ATU c/o chest pain when coughing. Productive cough c pt has tactile fremitus c/ brown & green sputum 1 ppd x smoker x 40 yrs and HT

MEDIC SIGNATURE: CA Boetten EMT-P

PHYSICIAN ASSESSMENT AND TREATMENT

12-lead - see attached
CXR X-Ray - possible pneumonia

cough - brown mucus.
Augmentin 875 mg bid # 10d.
start dose at 8:25 "CP c coughing"

☐ Duty Status _____    ☐ Appointment _____

☐ Diet _____    ☐ Dressing Change _____

PHYSICIAN SIGNATURE: JW    1/24/10

| TIME LEFT: 0831 | TRANSPORTATION: Amb | DESTINATION: B4B |
|---|---|---|

LSP-TC 16    Rev. 11/99    EMERGENCY MEDICAL REPORT    PAGE ___ OF ___

020772

## LOUISIANA STATE PENITENTIARY
### R. E. BARROW, JR. TREATMENT CENTER
### REFERRAL SLIP

DATE: _01/24/10_

NAME: _Raymond Harris_ DOC#: _85555_ HOUSING UNIT: _CBB_

LOCATION SEEN: _CBB_

REFERRAL TO: _ATU_

DATE OF REFERRAL: _01/24/10_     TIME OF REFERRAL: _9:00_   (A.M.) P.M.

REASON FOR REFERRAL: _Wheezing coughing chest pains_
_from coughing_

TEMPORARY DUTY STATUS: _N/A_

TEMPORARY DUTY STATUS EXPIRATION DATE: _____

_Col. S Blacs_
SIGNATURE OF HEALTH CARE PROVIDER

CC:   HIM           (WHITE)
      PATIENT       (YELLOW)
      SECURITY      (PINK)

LSP-TCEMS 01   REV. 10/97

074590

## REQUEST FOR MEDICAL TREATMENT

Institution: **LOUISIANA STATE PENITENTIARY**     Date: 1-22-10

Name: Raymond Harris   DOC# 85555    Housing: C.B.B. 4/R#3   Job Assignment: Lockdown

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:** I have a bad dry cold, short breath, And have a weise sound in my Chest. Each time I try To cought up The cold. I'am Real short of breath. Special When I ben over.

Inmate Signature: Raymond Harris

**HEALTH CARE PROVIDER SCREENING**
Date/Time: 01/24/10 0045   Location: CBB    Work Related / Emergency / Routine (Sick Call) (Circle One)
Screening: B/P 132/82   Pulse 74   Resp 16   Temp 97.

68 y/o bm c/o chest pain 2° to coughing. Pt states she has a productive cough with greenish brown sputum. Wheezing noted in upper ® quadrant of lung sounds. Pt is a/o x4. Pt speaking in full sentences. Pt in Ø distress. Pt has no other complaint at this time. C/H S Rhodes #529

NKDA MEDS: HCTZ, carbamazepine, Nitrostat, glucophage, keppra, latanoprost, Norvasc, eucerin, glyburide, vasotec, zocor, tenormin

**Disposition:**
Refer to ATU # 020772

**MD NOTES**

Provider Signature: C/H S. Rhodes

Physician/NP Signature: _____ 1/24/10

☐ No Medical Co-Payment
☒ Medical Access Fee @ $3.00 — 3⁰⁰
☐ Prescription @ $2.00 each ——
Total — 3⁰⁰

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

INMATE SIGNATURE: Raymond Harris    DOC#: 85555    DATE: 1/24/10    WITNESS SIGNATURE: C/H S Rhodes

Original-Inmate's Medical Record    Blue-Business Office    Yellow-Inmate's Copy

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: HARRIS     ,RAYMOND     DOC#: 85555     CAMP:CBB U/R 0     JOB:L/D

DATE: 01/22/2010

Reason For Visit: PODIATRY 1 YEAR F/U BX1

*[handwritten clinical notes]*

Assess:
1. _____
2. _____
3. _____
4. _____
5. _____

Plan:
1. _____
2. _____
3. _____
4. _____
5. _____

Date _____     MD Signature _____

# ROBERT E. BARROW, JR. TREATMENT CENTER
## ACCIDENT / INJURY REPORT
### VITAL STATISTICS

DATE: 1/8/10                    TIME SEEN: 16:25

NAME: Raymond Harris    DOC#: 85555    AGE: 68    RACE: B

LIVING QUARTERS: + AG 3/R    JOB ASSIGNMENT: L/D    LAST TETANUS: _____

Kenna Lelanoves+

MEDICATIONS: NeRVASC Glyburide Vasotec ZoCOR Tenormin HCTZ Trequlol Natrostat Gluceplase    ALLERGIES: NKDA

per pt he was not involved in accident

| DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION: |
|---|---|---|
| | | |

| TIME: 16:25 | B/P: Refused | PULSE: Refused | RESP: 14 | LOC: A&O x3 | TEMP: | BS/SpO2: |
|---|---|---|---|---|---|---|
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |

### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: 68 y/o BM amb to ATU
1 8 c/o per security - pt was involved in
ABG fight - pt denies incident. erythema noted
Ambulatory & distress. pt refuses further tx.

MEDIC SIGNATURE: HCHBoelken EMT-P

### PHYSICIAN ASSESSMENT AND TREATMENT

□CATEGORY A          □CATEGORY B          □CATEGORY C

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

Refusal signed & obtained

□Duty Status _____          □Appointment _____

□Diet _____          □Dressing Change _____

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 1630 | TRANSPORTATION: amb | DESTINATION: RTQ |
|---|---|---|

LSP-TC 07    Rev. 11/2006    ACCIDENT/INJURY REPORT    PAGE ____ OF ____

HC - 26 Form A

DATE: 1/8/10

## REFUSAL TO ACCEPT MEDICAL CARE

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

_____
Signature of Inmate

_____
Witness

_____
Witness

I, _Raymond Hawkins_, # _85555_ , hereby refuse the following described medical attention:

_____Rx and/or tx in ATU_____

_____following alledged AGG fight_____

_____
Attending Prescriber

Distribution:

Medical Record

Revised 8/1/02

## LOUISIANA STATE PENITENTIARY
### R.E. BARROW, JR. TREATMENT CENTER
### PHYSICIANS CLINIC

NAME: _Raymond Harris_ DOC#: _85555_ CAMP: _Jay 3/B_ JOB ASSIGN:_____

TEMP:_____ PUSLE:_____ RESP:_____ B/P:_____ WEIGHT:_____

DATE:_____

TIME:_____

ALLERGIES:_____NKA_____

## DUTY STATUS REVIEW

☐ No change to current duty status.   _Add No Hobby Craft_

☐ Duty Status will be changed to the following.

_____

_____

_____

_____

_JBrown_ _10-1-09_

☐ DUTY STATUS:_____   ☐ APPOINTMENT:_____

☐ DIET:_____

☐ MISC. ORDERS:_____   PHYSICIAN SIGNATURE:_____

LSP-TC 19   06/2006                          PHYSICIANS CLINIC

R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Raymond Harris    DOC#: 85555    CAMP: Jag 3/R    JOB ASSIGN: _____

TEMP: 97.4    PUSLE: 60    RESP: 24    B/P: 110/80    WEIGHT: 186

DATE: 8/24/09    F/U reg. HTN, DM, s/c neck pain

TIME: _____

ALLERGIES: NKA    67 BM    Ht 67 in

Chest coll.

DM-'99    See DM Flo sheet

HA1C 6.1 on 8/8/05

"Heart Attack" 99

HTN — see Flo sheet

No CP

PE, NAD
lur-clu
ca—RRR
No edem

Rx Next

Refill & leven!
Carbazepine
Zocor 40
Glucophe 500    15
DC Fe    Glue
vasotec 20 bid
Tenor 50 bid
Sertel    Glyburide 2.5
Hctz 2

Slig gent Chem 14, CBC, HA1C d/FLP - S/CO

DUTYSTATUS: _____    APPOINTMENT: 1e MO

DIET: _____

MISC. ORDERS: _____    PHYSICIAN SIGNATURE: _____

P-TC 19    06/2006    PHYSICIANS CLINIC

# LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER
### CHRONIC CARE PHYSICIAN'S VISIT / DIABETIC FLOWSHEET

NAME: Raymond Harris          DOC#: 8555          CAMP: _____

DATE: 8/24/09          TIME: _____          AGE: 67          RACE: _____

ALLERGIES: NKD

TEMP: _____ PULSE: _____ RESP: _____ B/P: _____ HT.: _____ WT: _____

DIABETES FAMILY HISTORY: ☒yes  ☐no

PT. COMPLAINTS: None

PREVIOUS LAB REVIEW: ☒yes ☐no

CURRENT MEDICATION THERAPY REVIEW: ☒yes ☐no    MEDICATION COMPLIANCE: ☒yes  ☐no  ☐sometimes

DIET COMPLIANCE: ☒yes ☐no    DIET: _____

INSTRUCTED ON COMPLICATIONS OF THE DISEASE PROCESS: ☐yes  ☐no

EXERCISE RECOMMENDED: ☒yes  ☐no          SMOKING CESSATION ADVISED: ☒yes  ☐no

PHYSICAL ASSESSMENT: _____

_____

_____

CHECK ONE OF THE FOLLOWING CONTROLS AND ENTER APPLICABLE DATA:

☒ GOOD CONTROL (<7 A1c)

BASELINE

| YEARLY: | ☒ FLP _____ | ☐ EKG>40  0 | ☐ A1c  6.1  8/09 |
| | ☒ UA  0 pmd | ☐ PPD _____ | ☐ MicroALB _____ |
| | ☐ FOOT EXAM _____ | ☒ Serum BUN/Creat _____ | ☐ EYE EXAM _____ |

EVERY 6 MONTHS: ☒ A1c        ☒ MD EVALUATION

IF INDICATED:    ☐ TSH _____        ☐ FLU VAC., _____
                 ☐ PNEUMOVAC Q 5 yrs. _____    ☐ PODIATRY _____

☐ FAIR CONTROL (7.1 - < 9 A1c)

BASELINE

| YEARLY: | ☐ FLP _____ | ☐ EKG>40 _____ | ☐ A1c _____ |
| | ☐ UA _____ | ☐ PPD _____ | ☐ MicroALB _____ |
| | ☐ FOOT EXAM _____ | ☐ Serum BUN/Creat _____ | ☐ EYE EXAM _____ |

EVERY 6 MONTHS:    ☐ A1c        ☐ MD EVALUATION

IF INDICATED:    ☐ TSH _____        ☐ FLU VAC., _____
                 ☐ PNEUMOVAC Q 5 yrs. _____    ☐ PODIATRY _____

☐ POOR CONTROL (>9 A1c)

BASELINE

| YEARLY: | ☐ FLP _____ | ☐ EKG>40 _____ | ☐ A1c _____ |
| | ☐ UA _____ | ☐ PPD _____ | ☐ MicroALB _____ |
| | ☐ FOOT EXAM _____ | ☐ Serum BUN/Creat _____ | ☐ EYE EXAM _____ |

EVERY THREE (3) MONTHS:    ☐ A1c        ☐ MD EVALUATION

IF INDICATED:    ☐ TSH _____    ☐ FLU VAC., _____    ☐ PNEUMOVAC Q 5 yrs. _____
                 ☐ PODIATRY _____        ☐ EKG >40 _____

ADDITIONAL PLAN: _____

_____

_____

MD/MD/PA SIGNATURE: _____

LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
R. E. BARROW, JR. TREATMENT CENTER
CHRONIC CARE PHYSICIAN'S VISIT / HYPERTENSION FLOWSHEET

NAME: _Raymond Harris_   DOC#: _____   CAMP: _____
DATE: _8/24/05_ TIME: _____   AGE: _____   RACE: _____
ALLERGIES: _NKD_
TEMP: _____ PULSE: _____ RESP: _____ B/P: _110/80_ HT.: _____ WT: _____
HYPERTENSION FAMILY HISTORY   ☐yes ☐no
PT. COMPLAINTS: _____
PREVIOUS LAB REVIEW: ☐yes ☐no
CURRENT MEDICATION THERAPY REVIEW: ☐yes ☐no
MEDICATION COMPLIANCE: ☐yes ☐no ☐sometimes
DIET _____
DIET COMPLIANCE: ☐yes ☐no
EXERCISE RECOMMENDED: ☐yes ☐no
INSTRUCTED ON COMPLICATIONS OF THE DISEASE PROCESS: ☑yes ☐no
SMOKING CESSATION ADVISED: ☑yes ☐no
PHYSICAL ASSESSMENT: _____

CHECK ONE OF THE FOLLOWING CONTROLS AND ENTER APPLICABLE DATA:
☑ GOOD CONTROL (<140/90)  _110/80_

| BASELINE YEARLY: | | | | | | |
|---|---|---|---|---|---|---|
| EKG | ☐yes | ☑no | Chest X-ray | ☑yes | ☐no | CHEM 14 ☑yes ☐no |
| FLP | ☑yes | ☐no | Edema | ☐yes | ☑no | |

EVERY 6 MONTHS:   MD EVALUATION   ☑yes ☐no

BLOOD PRESSURE CHECKS IF INDICATED: ☐yes ☑no _____

☐ FAIR CONTROL (140-159 to 90-100)  _____

| BASELINE YEARLY: | | | | | | |
|---|---|---|---|---|---|---|
| EKG | ☐yes | ☐no | Chest X-ray | ☐yes | ☐no | CHEM 14 ☐yes ☐no |
| FLP | ☐yes | ☐no | Edema | ☐yes | ☐no | |

EVERY 3 MONTHS:   MD EVALUATION   ☐yes ☐no

BLOOD PRESSURE CHECKS IF INDICATED: ☐yes ☐no _____

☐ POOR CONTROL (>160/100)  _____

| BASELINE YEARLY: | | | | | | |
|---|---|---|---|---|---|---|
| EKG | ☐yes | ☐no | Chest X-ray | ☐yes | ☐no | CHEM 14 ☐yes ☐no |
| FLP | ☐yes | ☐no | Edema | ☐yes | ☐no | |

EVERY MONTH:   MD EVALUATION   ☐yes ☐no

BLOOD PRESSURE CHECKS IF INDICATED: ☐yes ☐no _____

ADDITIONAL PLAN: _____
_____
_____
_____

M.D./NP/PA SIGNATURE: _____

# CENTRAL SUPPLY

## R.E. BARROW, JR. TREATMENT CENTER

### PRESCRIPTION ISSUE

DATE: _8-13-09_

NAME: _Raymond Harris_

NUMBER: _85555_

LOCATION: _WB(.2_

RX: _Lg  ABD Binda_

PHYSICIAN: _____    ISSUED BY: _____

ACCEPTED BY: _JiHarris_ DOC _85555_ DATE: _8-31-09_

REFUSED BY: _____ DOC: _____ DATE: _____

******* PLEASE SIGN AND RETURN THIS SHEET WITH PILLCALL RECORDS *******

## REQUEST FOR MEDICAL TREATMENT

053526

Institution: **LOUISIANA STATE PENITENTIARY**          Date: 2-5-09

Name: RAYMOND HARRIS  DOC# 85555    Housing: TU·U/E ·#1    Job Assignment: L/D

**INMATE COMPLETE THIS SECTION ONLY**
**COMPLAINT AND/OR REQUEST:** I am (67) years of Age.
I would Like To See A doctor. I
Suffer with Diabetes. I was Slamp To The floor
by Security, on May 27.09, my whole left side
is in Pain. my Left Shoulder is in great Pain. I
Can not Sleep on my Left Side.    Raymond Harris
                                                  Inmate Signature

**HEALTH CARE PROVIDER SCREENING**
Date/Time: 7/5/09  1055  Location: TUT _____    Work Related / Emergency / (Routine Sick Call) (Circle One)

Screening: B/P 130/80  Pulse 84  Resp 16  Temp _____
pt c/o pain to ® side of neck c̄ pain and numbness to ® arm. pt
been having problems for some time. pt has made s/c concerning this
but has not seen MD. pt states he had altercation back in May and
arm been hurting ever since pt was seen in ATU for incident.
pt requests to see MD ASAP for further evaluation. pt VS WNL
J̄ BBS CTA  NAD Noted at time.

| Disposition: | MD NOTES |
|---|---|
| Provider Signature: | Physician/NP Signature: |

☒  No Medical Co-Payment
☐  Medical Access Fee @ $3.00 _____
☐  Prescription @ $2.00 each _____
              **Total** _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering.

| Raymond Harris | 85555 | 7-5-09 | |
|---|---|---|---|
| INMATE SIGNATURE | DOC# | DATE | WITNESS SIGNATURE |

Original-Inmate's Medical Record          Blue-Business Office          Yellow-Inmate's Copy

DOB 1/9/42
67 BM

# LOUISIANA STATE PENITENTIARY
## R. E. Barrow, Jr. Treatment Center

### REQUEST FOR EKG

DATE ORDERED: 6/2009

PATIENT NAME: _Burn, Raymond_    DOC#: 8555

ROUTINE: _α_    STAT: _____

SIGNATURE

DATE OF APPOINTMENT: _8/2009_

LSP-TC 24    Rev. 10/97

O 130 ''182

Lab 3/2009    U/A Trace Ket    139 / 103 / 11    115  Tb/bad 99/80 K
                                3.9 / 26 / 1.0

4.4K  14.6 / 211K.    TSH 0.387    087-26
        / 45.5

A: F/U    ↑ Slips sent ✓

P: 12/A1C/chem 14/CBC/U/A/urinothemia/EKG/CXR  T m
Atorvin 800 ↑ po 2/3 pc x 1 mth   - RX out
2X Abdominal Bench  > RX to CS

Assessment:                          Plan:
RTC 2m                               1. _____
                                     2. _____
6/8/09                               3. _____
1370                                 4. _____
                                     5. _____

                                     _____

**Date**                             **MD**

R. BARROW, JR. TREATMENT CENTER
## CHRONIC CARE PHYSICIAN'S VISIT / HYPERTENSION FLOWSHEET

NAME: _Raymond Harris_     DOC#: _85555_     CAMP: _CBD_
DATE: _6/8/09_  TIME: _9:00AM_   AGE: _67_   RACE: _B/M_
ALLERGIES: _NKDA_
TEMP: _972_ PULSE: _53_ RESP: _18_ B/P: _112/82_ HT.: _67_ WT: _82_
HYPERTENSION FAMILY HISTORY   ☐yes ☐no
PT. COMPLAINTS: _HTN_
PREVIOUS LAB REVIEW: ☑yes ☐no
CURRENT MEDICATION THERAPY REVIEW: ☑yes ☐no
MEDICATION COMPLIANCE: ☑yes ☐no ☐sometimes
DIET _2000 cal SDA low salt_
DIET COMPLIANCE: ☑yes ☐no
EXERCISE RECOMMENDED: ☑yes ☐no
INSTRUCTED ON COMPLICATIONS OF THE DISEASE PROCESS: ☑yes ☐no
SMOKING CESSATION ADVISED: ☑yes ☐no
PHYSICAL ASSESSMENT: _____

CHECK ONE OF THE FOLLOWING CONTROLS AND ENTER APPLICABLE DATA:
☑ **GOOD CONTROL (<140/90)** _____

| BASELINE YEARLY: | | | | | | | |
|---|---|---|---|---|---|---|---|
| EKG | ☑yes ☐no | | Chest X-ray | ☑yes ☐no | | CHEM 14 | ☑yes ☐no |
| FLP | ☑yes ☐no | | Edema | ☐yes ☐no | | | |

EVERY 6 MONTHS:   MD EVALUATION   ☑yes ☐no

BLOOD PRESSURE CHECKS IF INDICATED: ☐yes ☑no _____

☐ **FAIR CONTROL (140-159 to 90-100)** _____

| BASELINE YEARLY: | | | | | | | |
|---|---|---|---|---|---|---|---|
| EKG | ☐yes ☐no | | Chest X-ray | ☐yes ☐no | | CHEM 14 | ☐yes ☐no |
| FLP | ☐yes ☐no | | Edema | ☐yes ☐no | | | |

EVERY 3 MONTHS:   MD EVALUATION   ☐yes ☐no

BLOOD PRESSURE CHECKS IF INDICATED: ☐yes ☐no _____

☐ **POOR CONTROL (>160/100)** _____

| BASELINE YEARLY: | | | | | | | |
|---|---|---|---|---|---|---|---|
| EKG | ☐yes ☐no | | Chest X-ray | ☐yes ☐no | | CHEM 14 | ☐yes ☐no |
| FLP | ☐yes ☐no | | Edema | ☐yes ☐no | | | |

EVERY MONTH:   MD EVALUATION   ☐yes ☐no

BLOOD PRESSURE CHECKS IF INDICATED: ☐yes ☐no _____

ADDITIONAL PLAN: _New lab ordered_

M.D./NP/PA SIGNATURE: _____

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**PHYSICIANS CLINIC**

NAME: Raymond Harris    DOC#: 86555    CAMP: Walz    JOB ASSIGN: _____

TEMP: _____    PUSLE: _____    RESP: _____    B/P: _____    WEIGHT: _____

DATE: 6/2/09

TIME: _____        Restraint order Review

ALLERGIES: _____

10/99    Plea left wrist pain

D C Plea will

06/02/09

PHYSICIAN SIGNATURE: _____

☐ DUTY STATUS: _____    ☐ APPOINTMENT: _____

☐ DIET: _____

☐ MISC. ORDERS: _____    PHYSICIAN SIGNATURE: _____

LSP-TC 19    06/2006              PHYSICIANS CLINIC



 LabCorp Birmingham

1801 First Avenue South, Birmingham, AL 35233-1935                     Phone: 205-581-3500

| SPECIMEN 146-252-0541-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS PARTIAL | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

NU-1                          FASTING: N
SRC:SP                        DOB: 1/09/1942

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 |

PT. ADD.: 911 WAREHOUSE
ANGOLA          LA          70712-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/26/2010 | 14:36 | 5/26/2010 | 6/07/2010 | 13:10 | 5053 |

**CLINICAL INFORMATION**
SRC:SP     CD- 41103824015

| PHYSICIAN ID. TRIPS | NPI | PATIENT ID. 85555 |
|---|---|---|

ACCOUNT:  Louisiana State Penitentiary

911 Warehouse
Angola          LA     70712-0000
ACCOUNT NUMBER:   17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Fungus (Mycology) Culture | Preliminary report | | 01 |
| Result 1 | Candida albicans | | 01 |
| Lower Respiratory Culture | Final report | | 01 |
| Result 1 | | | 01 |
| Routine respiratory flora | | | |
| Heavy growth | | | |
| AFB Culture and Smear,Broth | Preliminary report | | 01 |
| Result 1 | | | 01 |
| Fluorescent smear report: | | | |
| No acid fast bacilli observed on smear. Culture results to follow. | | | |

LAB: 01 MB     LabCorp Birmingham                    DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935

# ▨LabCorp
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-1935

Phone: 800-735-4087

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 148-252-0314-0 | S | MB | PARTIAL | Page #: | 1 |

| ADDITIONAL INFORMATION |
|---|

| WARD 1 | FASTING: N |
|---|---|
| SRC:SP | DOB: 1/09/1942 |

| PATIENT NAME | | SEX | AGE(YR./MOS.) | |
|---|---|---|---|---|
| HARRIS,RAYMOND | | M | 68 / 4 | |
| PT. ADD.: 911 WAREHOUSE | | | | |
| ANGOLA | LA | 70712-0000 | | |

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/28/2010 | 7:30 | 5/28/2010 | 6/22/2010 | 10:16 | 5372 |

| CLINICAL INFORMATION |
|---|
| SRC:SP   CD- 41103824070 |

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| LAVESPERE | | 85555 |

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA   70712-0000

ACCOUNT NUMBER:   17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Fungus (Mycology) Culture | Final report | | 01 |
|    Result 1 | | | 01 |
|    No yeast or mold isolated after 4 weeks. | | | |
| AFB Culture and Smear,Broth | Preliminary report | | 01 |
|    Result 1 | | | 01 |
|    Fluorescent smear report: | | | |
|    No acid fast bacilli observed on smear. Culture results to follow. | | | |

```
LAB: 01 MB    LabCorp Birmingham                    DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935
```





| Pat Name: HARRIS,RAYMOND | Pat ID: 85555 | Spec #: 148-252-0314-0 | Seq #: 5372 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Last Page of Report

LCM Version: 03.23.00

**LabCorp** LabCorp Birmingham
Laboratory Corporation of America   1801 First Avenue South, Birmingham, AL 35233-1935                    Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 148-252-0314-0 | S | MB | PARTIAL | Page #: | 1 |

| ADDITIONAL INFORMATION |
|---|

| WARD 1 | FASTING: N |
|---|---|
| SRC:SP | DOB: 1/09/1942 |

| CLINICAL INFORMATION |
|---|
| SRC:SP   CD- 41103824070 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 |

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| LAVESPERE | | 85555 |

PT. ADD.: 911 WAREHOUSE
ANGOLA          LA       70712-0000

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA    70712-0000

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 5/28/2010   7:30 | 5/28/2010 | 6/01/2010 | 19:07 | 4738 |

ACCOUNT NUMBER:    17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Fungus (Mycology) Culture | *** WILL FOLLOW *** | | |
| AFB Culture and Smear,Broth | Preliminary report | | 01 |
| Result 1 | | | 01 |

Fluorescent smear report:
No acid fast bacilli observed on smear. Culture results to follow.

```
LAB: 01 MB    LabCorp Birmingham                 DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935
```

| Pat Name: HARRIS,RAYMOND | Pat ID: 85555 | Spec #: 148-252-0314-0 | Seq #: 4738 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report                                                    LCM Version: 03.23.00

**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-1935          Phone: 205-581-3500

| SPECIMEN 147-252-0559-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS PARTIAL | | Page #: 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION | | |
|---|---|---|
| WARD I SRC:SP | FASTING: N DOB: 1/09/1942 | |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 |

PT. ADD.: 911 WAREHOUSE
ANGOLA          LA          70712-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/27/2010 | 7:30 | 5/27/2010 | 5/28/2010 | 17:11 | 4687 |

| CLINICAL INFORMATION | | |
|---|---|---|
| SRC:SP   CD- 41103824024 | | |

| PHYSICIAN ID. TRIPS | NPI | PATIENT ID. 85555 |
|---|---|---|

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA     70712-0000
ACCOUNT NUMBER:     17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

```
PT and PTT
    INR                              1.1                    0.8 - 1.2        01
                  Reference interval is for non-anticoagulated patients.

                  Suggested INR therapeutic range for Vitamin K
                  antagonist therapy:
                       Standard Dose (moderate intensity
                                     therapeutic range):    2.0 - 3.0
                       Higher intensity therapeutic range   2.5 - 3.5
    Prothrombin Time               10.8     sec             8.7 - 11.5       01
    aPTT                           30       sec             24  - 33         01
    This test has not been validated for monitoring unfractionated heparin
    therapy. aPTT-based therapeutic ranges for unfractionated heparin
    therapy have not been established. For general guidelines on
    Heparin monitoring, refer to the LabCorp Directory of Services.
Fungus Culture With Stain
    Fungus Stain               Final report                                  01
    Result 1                                                                 01
    KOH/Calcofluor preparation:  no fungus observed.
    Fungus (Mycology) Culture    *** WILL FOLLOW ***

AFB Culture and Smear,Broth    Preliminary report                           01
    Result 1                                                                 01
    Fluorescent smear report:
    No acid fast bacilli observed on smear. Culture results to follow.
```

LAB: 01 MB       LabCorp Birmingham                    DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935

Dr. LAVespere
6/3/10

**LabCorp** LabCorp Birmingham
Laboratory Corporation of America   1801 First Avenue South, Birmingham, AL 35233-1935                Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 148-252-0314-0 | S | MB | PARTIAL | Page #: | 1 |

| ADDITIONAL INFORMATION | | | |
|---|---|---|---|

WARD 1
SRC:SP

FASTING: N
DOB: 1/09/1942

| CLINICAL INFORMATION |
|---|
| SRC:SP    CD- 41103824070 |

| PHYSICIAN ID. LAVESPERE | NPI | PATIENT ID. 85555 |
|---|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 |

ACCOUNT: Louisiana State Penitentiary

PT. ADD.: 911 WAREHOUSE
ANGOLA          LA          70712-0000

911 Warehouse
Angola          LA   70712-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/28/2010 | 7:30 | 5/28/2010 | 6/01/2010 | 19:07 | 4738 |

ACCOUNT NUMBER:   17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

Fungus (Mycology) Culture          *** WILL FOLLOW ***

AFB Culture and Smear,Broth          Preliminary report                         01
   Result-1                                                                       01
   Fluorescent smear report:
   No acid fast bacilli observed on smear. Culture results to follow.

LAB: 01 MB     LabCorp Birmingham                     DIRECTOR: John Elgin   MD
1801 First Avenue South, Birmingham,   AL 35233-1935

| Pat Name: HARRIS,RAYMOND | Pat ID: 85555 | Spec #: 148-252-0314-0 | Seq #: 4738 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

**LabCorp** LabCorp Birmingham
Laboratory Corporation of America  1801 First Avenue South, Birmingham, AL 35233-1935                    Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 146-252-0541-0 | S | MB | PARTIAL | Page #: | 1 |

| ADDITIONAL INFORMATION |
|---|

NU-1                    FASTING: N
SRC:SP                  DOB: 1/09/1942

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 |

PT. ADD.: 911 WAREHOUSE
          ANGOLA          LA          70712-0000

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 5/26/2010  14:36 | 5/26/2010 | 5/28/2010 | 10:20 | 4670 |

| CLINICAL INFORMATION |
|---|
SRC:SP   CD- 41103824015

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| TRIPS | | 85555 |

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA   70712-0000
ACCOUNT NUMBER:   17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Fungus (Mycology) Culture | *** WILL FOLLOW *** | | |
| Lower Respiratory Culture | Final report | | 01 |
|    Result 1 | | | 01 |
|    Routine respiratory flora | | | |
|    Heavy growth | | | |
| AFB Culture and Smear,Broth | Preliminary report | | 01 |
|    Result 1 | | | 01 |
|    Fluorescent smear report: | | | |
| No acid fast bacilli observed on smear. Culture results to follow. | | | |

LAB: 01 MB    LabCorp Birmingham                    DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935

**LabCorp** LabCorp Birmingham
Laboratory Corporation of America 1801 First Avenue South, Birmingham, AL 35233-1935          Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 147-252-0559-0 | S | MB | PARTIAL | Page #: | 1 |

| ADDITIONAL INFORMATION | | | | | |
|---|---|---|---|---|---|
| WARD 1 SRC:SP | FASTING: N DOB: 1/09/1942 | | | | |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 |

PT. ADD.: 911 WAREHOUSE
ANGOLA          LA          70712-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/27/2010 | 7:30 | 5/27/2010 | 6/03/2010 | 15:17 | 4837 |

**CLINICAL INFORMATION**
SRC:SP    CD- 41103824024

| PHYSICIAN ID. TRIPS | NPI | PATIENT ID. 85555 |
|---|---|---|

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA    70712-0000
ACCOUNT NUMBER:    17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

```
PT and PTT
    INR                           1.1                 0.8 - 1.2      01
        Reference interval is for non-anticoagulated patients.

        Suggested INR therapeutic range for Vitamin K
        antagonist therapy:
            Standard Dose (moderate intensity
                            therapeutic range):   2.0 - 3.0
            Higher intensity therapeutic range   2.5 - 3.5
    Prothrombin Time          10.8    sec         8.7 - 11.5      01
    aPTT                      30      sec         24  - 33        01
    This test has not been validated for monitoring unfractionated heparin
    therapy. aPTT-based therapeutic ranges for unfractionated heparin
    therapy have not been established. For general guidelines on
    Heparin monitoring, refer to the LabCorp Directory of Services.
Fungus Culture With Stain
    Fungus Stain              Final report                         01
    Result 1                                                       01
    KOH/Calcofluor preparation:  no fungus observed.
    Fungus (Mycology) Culture    Preliminary report                01
    Result 1                                                       01
    Specimen has been received and testing has been initiated.
AFB Culture and Smear,Broth     Preliminary report                01
    Result 1                                                       01
    Fluorescent smear report:
    No acid fast bacilli observed on smear. Culture results to follow.
```

LAB: 01 MB    LabCorp Birmingham                    DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935

**LabCorp** Laboratory Corporation of America
LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-1935

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 148-252-0314-0 | S | MB | PARTIAL | Page #: | 1 |

| ADDITIONAL INFORMATION |
|---|

WARD 1    FASTING: N
SRC:SP    DOB: 1/09/1942

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 |

PT. ADD.: 911 WAREHOUSE
ANGOLA    LA    70712-0000

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 5/28/2010    7:30 | 5/28/2010 | 6/03/2010 | 15:17 | 4838 |

| CLINICAL INFORMATION |
|---|
| SRC:SP    CD- 41103824070 |

| PHYSICIAN ID. LAVESPERE | NPI | PATIENT ID. 85555 |
|---|---|---|

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola    LA    70712-0000
ACCOUNT NUMBER:    17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Fungus (Mycology) Culture | Preliminary report | | 01 |
| Result 1 | | | 01 |
| Specimen has been received and testing has been initiated. | | | |
| AFB Culture and Smear,Broth | Preliminary report | | 01 |
| Result 1 | | | 01 |
| Fluorescent smear report: | | | |
| No acid fast bacilli observed on smear. Culture results to follow. | | | |

LAB: 01 MB    LabCorp Birmingham    DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935

Pat Name: HARRIS,RAYMOND | Pat ID: 85555 | Spec #: 148-252-0314-0 | Seq #: 4838

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report    LCM Version: 03.23.00

**LabCorp** LabCorp Birmingham
Laboratory Corporation of America   1801 First Avenue South, Birmingham, AL 35233-1935    Phone: 205-581-3500

| SPECIMEN 146-252-0541-0. | TYPE S | PRIMARY LAB MB | REPORT STATUS PARTIAL | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

NU-1              FASTING: N
SRC:SP            DOB: 1/09/1942

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 |

PT. ADD.: 911 WAREHOUSE
          ANGOLA          LA          70712-0000

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 5/26/2010      14:36 | 5/26/2010 | 6/03/2010 | 15:17 | 4836 |

| CLINICAL INFORMATION |
|---|
| SRC:SP    CD- 41103824015 |

| PHYSICIAN ID. TRIPS | NPI | PATIENT ID. 85555 |
|---|---|---|

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA    70712-0000
ACCOUNT NUMBER:    17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Fungus (Mycology) Culture | Preliminary report | | 01 |
| Result 1 | | | 01 |
| Specimen has been received and testing has been initiated. | | | |
| Lower Respiratory Culture | Final report | | 01 |
| Result 1 | | | 01 |
| Routine respiratory flora | | | |
| Heavy growth | | | |
| AFB Culture and Smear,Broth | Preliminary report | | 01 |
| Result 1 | | | 01 |
| Fluorescent smear report: | | | |
| No acid fast bacilli observed on smear. Culture results to follow. | | | |

LAB: 01 MB    LabCorp Birmingham                    DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935

| Pat Name: HARRIS,RAYMOND | Pat ID: 85555 | Spec #: 146-252-0541-0 | Seq #: 4836 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report                              LCM Version: 03.23.00

# LabCorp

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-1935

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | Page #: | 1 |
|---|---|---|---|---|---|---|
| 146-252-0541-0 | S | MB | PARTIAL | | | |

### ADDITIONAL INFORMATION

| | | | |
|---|---|---|---|
| NU-1<br>SRC:SP | | FASTING: N<br>DOB: 1/09/1942 | |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 |

PT. ADD.: 911 WAREHOUSE
ANGOLA          LA          70712-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/26/2010 | 14:36 | 5/26/2010 | 5/28/2010 | 10:20 | 4670 |

### CLINICAL INFORMATION
SRC:SP    CD- 41103824015

| PHYSICIAN ID.<br>TRIPS | NPI | PATIENT ID.<br>85555 |
|---|---|---|

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA   70712-0000
ACCOUNT NUMBER:    17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Fungus (Mycology) Culture | *** WILL FOLLOW *** | | |
| Lower Respiratory Culture | Final report | | 01 |
|   Result 1 | | | 01 |
|   Routine respiratory flora | | | |
|   Heavy growth | | | |
| AFB Culture and Smear,Broth | Preliminary report | | 01 |
|   Result 1 | | | 01 |
|   Fluorescent smear report: | | | |

No acid fast bacilli observed on smear. Culture results to follow.

LAB: 01 MB    LabCorp Birmingham                    DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935

| Pat Name:  HARRIS,RAYMOND | Pat ID:  85555 | Spec #:  146-252-0541-0 | Seq #: 4670 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

| NAME: | RAYMOND HARRIS |
|---|---|
| DOC#: | 85555 |
| AGE: | 68 |
| LOC: | NU-1 |
| DOCTOR: | TRIPS/ROUNDTREE |
| DATE: | 05/27/2010 |
| TIME: | 0850 |
| INITIAL: | KW |

```
ID: 85555                    05-27-10
CVWB                            11:37
                             Patient
                             Limits 1
WBC      4.4  *L x10^3/uL     4.5   10.5
LY      29.0     %           20.5   51.1
MO       7.0     %            1.7    9.3
GR      64.0     %           42.2   75.2
LY#      1.3  *  x10^3/uL     1.2    3.4
MO#      0.3  *  x10^3/uL     0.1    0.6
GR#      2.8  *  x10^3/uL     1.4    6.5
RBC      4.67    x10^6/uL     4.00   6.00
Hgb     13.8     g/dL        11.0   18.0
Hct     39.8     %           35.0   60.0
MCV     85.1     fL          80.0   99.9
MCH     29.6     pg          27.0   31.0
MCHC    34.8     g/dL        33.0   37.0
RDW     14.9  H  %           11.6   13.7
Plt    182.      x10^3/uL    150.   450.
MPV      7.9     fL           7.8   11.0
```

## MANUAL CELL DIFFERENTIAL MORPHOLOGYM

| | | | |
|---|---|---|---|
| BAND | | POLYCH | |
| POLY | | HYPOCH | |
| LYMPH | | ANISO | |
| MONO | | MICRO | |
| EOSIN | | MACRO | |
| BASO | | POIKILO | |
| META | | SPHERO | |
| MYELO | | TARGET | |
| PROS | | BASO SLIP | |
| BLAST | | TOXIC GR. | |
| | | SICKLED CELLS | |

COMMENTS: _____

_____

REPORTED: DATE/TIME/INITIAL

5/27/10  11:40

**LabCorp** LabCorp Birmingham
Laboratory Corporation of America    1801 First Avenue South, Birmingham, AL 35233-1935    Phone: 800-762-4344

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 147-252-0559-0 | S | MB | PARTIAL | Page #: | 1 |

| ADDITIONAL INFORMATION |
|---|

| WARD 1 | FASTING: N |
|---|---|
| SRC:SP | DOB: 1/09/1942 |

| CLINICAL INFORMATION |
|---|
| SRC:SP    CD- 41103824024 |

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| HARRIS,RAYMOND | | M | 68 / 4 |

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| TRIPS | | 85555 |

| PT. ADD.: 911 WAREHOUSE | | | |
|---|---|---|---|
| ANGOLA | LA | 70712-0000 | . |

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola    LA    70712-0000

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 5/27/2010    7:30 | 5/27/2010 | 5/28/2010 | 17:11 | 4687 |

ACCOUNT NUMBER:    17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

```
PT and PTT
    INR                            1.1                 0.8 - 1.2      01
            Reference interval is for non-anticoagulated patients.

            Suggested INR therapeutic range for Vitamin K
            antagonist therapy:
                Standard Dose (moderate intensity
                        therapeutic range):          2.0 - 3.0
                Higher intensity therapeutic range    2.5 - 3.5
    Prothrombin Time               10.8    sec         8.7 - 11.5     01
    aPTT                           30      sec         24  - 33       01
    This test has not been validated for monitoring unfractionated heparin
    therapy. aPTT-based therapeutic ranges for unfractionated heparin
    therapy have not been established. For general guidelines on
    Heparin monitoring, refer to the LabCorp Directory of Services.
Fungus Culture With Stain
    Fungus Stain               Final report                          01
    Result 1                                                         01
    KOH/Calcofluor preparation:  no fungus observed.
    Fungus (Mycology) Culture    *** WILL FOLLOW ***

AFB Culture and Smear,Broth    Preliminary report                    01
    Result 1                                                         01
    Fluorescent smear report:
    No acid fast bacilli observed on smear. Culture results to follow.
```

```
LAB: 01 MB    LabCorp Birmingham                DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935
```

| Pat Name: HARRIS,RAYMOND | Pat ID: 85555 | Spec #: 147-252-0559-0 | Seq #: 4687 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

LCM Version: 03.23.00