# ≋LabCorp
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-1935

Phone: 800-735-4087

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 146-252-0541-0 | S | MB | PARTIAL | Page #: | 1 |

| ADDITIONAL INFORMATION |
|---|

NU-1
SRC:SP

FASTING: N
DOB: 1/09/1942

| CLINICAL INFORMATION |
|---|
| SRC:SP    CD- 41103824015 |

| PHYSICIAN ID. TRIPS | NPI | PATIENT ID. 85555 |
|---|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 |

ACCOUNT: Louisiana State Penitentiary

PT. ADD.: 911 WAREHOUSE
ANGOLA        LA        70712-0000

911 Warehouse
Angola        LA    70712-0000

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 5/26/2010    14:36 | 5/26/2010 | 6/22/2010 | 10:16 | 5370 |

ACCOUNT NUMBER:    17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Fungus (Mycology) Culture | Final report | | 01 |
| Result 1 | Candida albicans | | 01 |
| Lower Respiratory Culture | Final report | | 01 |
| Result 1 | | | 01 |
| Routine respiratory flora | | | |
| Heavy growth | | | |
| AFB Culture and Smear,Broth | Preliminary report | | 01 |
| Result 1 | | | 01 |
| Fluorescent smear report: | | | |
| No acid fast bacilli observed on smear. Culture results to follow. | | | |

LAB: 01 MB    LabCorp Birmingham                    DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935



 **LabCorp**  LabCorp Birmingham
Laboratory Corporation of America    1801 First Avenue South, Birmingham, AL 35233-1935          Phone: 800-735-4087

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 147-252-0559-0 | S | MB | PARTIAL | Page #: | 1 |

| ADDITIONAL INFORMATION | | |
|---|---|---|
| WARD 1 | FASTING: N | |
| SRC:SP | DOB: 1/09/1942 | |

| CLINICAL INFORMATION | | |
|---|---|---|
| SRC:SP   CD- 41103824024 | | |
| PHYSICIAN ID. | NPI | PATIENT ID. |
| TRIPS | | 85555 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 |

PT. ADD.: 911 WAREHOUSE
ANGOLA          LA          70712-0000

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 5/27/2010        7:30 | 5/27/2010 | 6/22/2010 | 10:16 | 5371 |

ACCOUNT:  Louisiana State Penitentiary
911 Warehouse
Angola          LA    70712-0000
ACCOUNT NUMBER:    17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| PT and PTT | | | |
| INR | 1.1 | 0.8 - 1.2 | 01 |

Reference interval is for non-anticoagulated patients.

Suggested INR therapeutic range for Vitamin K
antagonist therapy:
    Standard Dose (moderate intensity
             therapeutic range):          2.0 - 3.0
    Higher intensity therapeutic range     2.5 - 3.5

| | | | |
|---|---|---|---|
| Prothrombin Time | 10.8  sec | 8.7 - 11.5 | 01 |
| aPTT | 30  sec | 24 - 33 | 01 |

This test has not been validated for monitoring unfractionated heparin
therapy. aPTT-based therapeutic ranges for unfractionated heparin
therapy have not been established. For general guidelines on
Heparin monitoring, refer to the LabCorp Directory of Services.

Fungus Culture With Stain
| | | | |
|---|---|---|---|
| Fungus Stain | Final report | | 01 |
| Result 1 | | | 01 |

KOH/Calcofluor preparation:  no fungus observed.

| | | | |
|---|---|---|---|
| Fungus (Mycology) Culture | Final report | | 01 |
| Result 1 | | | 01 |

No yeast or mold isolated after 4 weeks.

| | | | |
|---|---|---|---|
| AFB Culture and Smear,Broth | Preliminary report | | 01 |
| Result 1 | | | 01 |

Fluorescent smear report:
No acid fast bacilli observed on smear. Culture results to follow.

LAB: 01 MB    LabCorp Birmingham              DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935


COPY

| Pat Name: HARRIS,RAYMOND | Pat ID: 85555 | Spec #: 147-252-0559-0 | Seq #: 5371 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

| NAME: | RAYMOND HARRIS |
|---|---|
| DOC#: | 85555 |
| AGE: | 68 |
| LOC: | J |
| DOCTOR: | TRIPS/ROUNDTREE |
| DATE: | 05/20/2010 |
| TIME: | 0830 |
| INITIAL: | RS |

```
ID: 85555                    05-20-10
CVWB                            12:33
                             Patient
                             Limits 1
WBC      4.4  *L x10^3/uL     4.5   10.5
LY      29.0     %           20.5   51.1
MO       6.6     %            1.7    9.3
GR      64.4     %           42.2   75.2
LY#      1.3  *  x10^3/uL     1.2    3.4
MO#      0.3  *  x10^3/uL     0.1    0.6
GR#      2.8  *  x10^3/uL     1.4    6.5
RBC      4.75    x10^6/uL     4.00   6.00
Hgb     14.0     g/dL        11.0   18.0
Hct     40.8     %           35.0   60.0
MCV     85.8     fL          80.0   99.9
MCH     29.5     pg          27.0   31.0
MCHC    34.4     g/dL        33.0   37.0
RDW     14.8  H  %           11.6   13.7
Plt    177.      x10^3/uL    150.   450.
MPV      8.0     fL           7.8   11.0
```

### MANUAL DIFFERENTIAL

| | | CELL MORPHOLOGYM | |
|---|---|---|---|
| BAND | | POLYCH | |
| POLY | | HYPOCH | |
| LYMPH | | ANISO | |
| MONO | | MICRO | |
| EOSIN | | MACRO | |
| BASO | | POIKILO | |
| META | | SPHERO | |
| MYELO | | TARGET | |
| PROS | | BASO SLIP | |
| BLAST | | TOXIC GR. | |
| | | SICKLED CELLS | |

COMMENTS: _____

REPORTED: DATE/TIME/INITIAL

5/00/10     12:33

# LabCorp
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-1935

Phone: 800-735-4087

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 140-252-0235-0 | S | MB | COMPLETE | Page #: | 1 |

**ADDITIONAL INFORMATION**

ROUNDTREET

FASTING: N
DOB: 1/09/1942

| PATIENT NAME | | SEX | AGE(YR./MOS.) | |
|---|---|---|---|---|
| HARRIS,RAYMOND | | M | 68 / 4 | |

PT. ADD.: 911 WAREHOUSE
ANGOLA          LA          70712-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/20/2010 | 8:30 | 5/20/2010 | 5/21/2010 | 8:25 | 4472 |

**CLINICAL INFORMATION**
CD- 41103823885

| PHYSICIAN ID. TRIPS | NPI | PATIENT ID. 85555 |
|---|---|---|

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA    70712-0000

ACCOUNT NUMBER:    17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

PT and PTT

| INR | 1.1 | 0.8 - 1.2 | 01 |

Reference interval is for non-anticoagulated patients.

Suggested INR therapeutic range for Vitamin K
antagonist therapy:
    Standard Dose (moderate intensity
              therapeutic range):          2.0 - 3.0
    Higher intensity therapeutic range          2.5 - 3.5

| Prothrombin Time | 10.9 sec | 8.7 - 11.5 | 01 |
| aPTT | 30 sec | 24 - 33 | 01 |

This test has not been validated for monitoring unfractionated heparin
therapy. aPTT-based therapeutic ranges for unfractionated heparin
therapy have not been established. For general guidelines on
Heparin monitoring, refer to the LabCorp Directory of Services.

LAB: 01 MB    LabCorp Birmingham          DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935



**LabCorp** LabCorp Birmingham
Laboratory Corporation of America    1801 First Avenue South, Birmingham, AL 35233-1935    Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | Page #: | 1 |
|---|---|---|---|---|---|---|
| 146-252-0541-0 | S | MB | PARTIAL | | | |

| ADDITIONAL INFORMATION | | | |
|---|---|---|---|
| NU-1 | | FASTING: N | |
| SRC:SP | | DOB: 1/09/1942 | |

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| HARRIS,RAYMOND | | M | 68 / 4 |

PT. ADD.: 911 WAREHOUSE
ANGOLA        LA        70712-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/26/2010 | 14:36 | 5/26/2010 | 6/07/2010 | 13:10 | 5053 |

| CLINICAL INFORMATION | | |
|---|---|---|
| SRC:SP  CD- 41103824015 | | |
| PHYSICIAN ID. TRIPS | NPI | PATIENT ID. 85555 |
| ACCOUNT: Louisiana State Penitentiary | | |
| 911 Warehouse | | |
| Angola       LA   70712-0000 | | |
| ACCOUNT NUMBER:   17803060 | | |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Fungus (Mycology) Culture | Preliminary report | | 01 |
| Result 1 | Candida albicans | | 01 |
| Lower Respiratory Culture | Final report | | 01 |
| Result 1 | | | 01 |
| Routine respiratory flora | | | |
| Heavy growth | | | |
| AFB Culture and Smear,Broth | Preliminary report | | 01 |
| Result 1 | | | 01 |
| Fluorescent smear report: | | | |
| No acid fast bacilli observed on smear. Culture results to follow. | | | |

LAB: 01 MB    LabCorp Birmingham                DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935





| Pat Name: HARRIS,RAYMOND | Pat ID: 85555 | Spec #: 146-252-0541-0 | Seq #: 5053 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report                                LCM Version: 03.23.00

# LabCorp   LabCorp Birmingham

1801 First Avenue South, Birmingham, AL 35233-1935                    Phone: 205-581-3500

| SPECIMEN 146-252-0541-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS PARTIAL | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

NU-1                        FASTING: N
SRC:SP                      DOB: 1/09/1942

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 |

PT. ADD.: 911 WAREHOUSE
          ANGOLA          LA          70712-0000

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 5/26/2010   14:36 | 5/26/2010 | 6/03/2010 | 15:17 | 4836 |

| CLINICAL INFORMATION |
|---|
| SRC:SP   CD- 41103824015 |

| PHYSICIAN ID. TRIPS | NPI | PATIENT ID. 85555 |
|---|---|---|

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA   70712-0000
ACCOUNT NUMBER:   17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Fungus (Mycology) Culture | Preliminary report | | 01 |
| Result 1 | | | 01 |
| Specimen has been received and testing has been initiated. | | | |
| Lower Respiratory Culture | Final report | | 01 |
| Result 1 | | | 01 |
| Routine respiratory flora | | | |
| Heavy growth | | | |
| AFB Culture and Smear,Broth | Preliminary report | | 01 |
| Result 1 | | | 01 |
| Fluorescent smear report: | | | |
| No acid fast bacilli observed on smear. Culture results to follow. | | | |

LAB: 01 MB     LabCorp Birmingham                    DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935



| Pat Name: HARRIS,RAYMOND | Pat ID: 85555 | Spec #: 146-252-0541-0 | Seq #: 4836 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Last Page of Report                                    LCM Version: 03.23.00

**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-1935

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 147-252-0559-0 | S | MB | PARTIAL | Page #: 1 |

**ADDITIONAL INFORMATION**

WARD I
SRC:SP

FASTING: N
DOB: 1/09/1942

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 |

PT. ADD.: 911 WAREHOUSE
ANGOLA          LA          70712-0000

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 5/27/2010      7:30 | 5/27/2010 | 6/03/2010 | 15:17 | 4837 |

**CLINICAL INFORMATION**
SRC:SP   CD- 41103824024

| PHYSICIAN ID. TRIPS | NPI | PATIENT ID. 85555 |
|---|---|---|

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA   70712-0000
ACCOUNT NUMBER:   17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

```
      PT and PTT
        INR                          1.1                    0.8 - 1.2      01
               Reference interval is for non-anticoagulated patients.


               Suggested INR therapeutic range for Vitamin K
               antagonist therapy:
                   Standard Dose (moderate intensity
                                    therapeutic range):       2.0 - 3.0
                   Higher intensity therapeutic range         2.5 - 3.5
        Prothrombin Time             10.8     sec             8.7 - 11.5     01
        aPTT                         30       sec             24  - 33       01
        This test has not been validated for monitoring unfractionated heparin
        therapy. aPTT-based therapeutic ranges for unfractionated heparin
        therapy have not been established. For general guidelines on
        Heparin monitoring, refer to the LabCorp Directory of Services.
      Fungus Culture With Stain
        Fungus Stain                 Final report                            01
        Result 1                                                             01
        KOH/Calcofluor preparation:  no fungus observed.
        Fungus (Mycology) Culture    Preliminary report                     01
        Result 1                                                             01
        Specimen has been received and testing has been initiated.
      AFB Culture and Smear,Broth    Preliminary report                     01
        Result 1                                                            01
        Fluorescent smear report:
        No acid fast bacilli observed on smear. Culture results to follow.
```

| LAB: 01 MB     LabCorp Birmingham | DIRECTOR: John Elgin   MD |
|---|---|
| 1801 First Avenue South, Birmingham,   AL 35233-1935 | |



| Pat Name: HARRIS,RAYMOND | Pat ID: 85555 | Spec #: 147-252-0559-0 | Seq #: 4837 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report                                          LCM Version: 03.23.00

**LabCorp** LabCorp Birmingham
Laboratory Corporation of America    1801 First Avenue South, Birmingham, AL 35233-1935    Phone: 205-581-3500

| SPECIMEN 148-252-0314-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS PARTIAL | | Page #: 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

| WARD 1 SRC:SP | FASTING: N DOB: 1/09/1942 |
|---|---|

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| **HARRIS,RAYMOND** | | M | 68 / 4 |

PT. ADD.: 911 WAREHOUSE
ANGOLA       LA       70712-0000

| DATE OF COLLECTION TIME | | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/28/2010 | 7:30 | 5/28/2010 | 6/01/2010 | 19:07 | 4738 |

| CLINICAL INFORMATION |
|---|
| SRC:SP    CD- 41103824070 |

| PHYSICIAN ID. LAVESPERE | NPI | PATIENT ID. 85555 |
|---|---|---|

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola       LA    70712-0000

ACCOUNT NUMBER:    17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

Fungus (Mycology) Culture        *** WILL FOLLOW ***

AFB Culture and Smear,Broth      Preliminary report                              01
    Result 1                                                                     01
    Fluorescent smear report:
    No acid fast bacilli observed on smear. Culture results to follow.

LAB: 01 MB    LabCorp Birmingham                    DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935



COPY

Pat Name: HARRIS,RAYMOND    Pat ID: 85555    Spec #: 148-252-0314-0    Seq #: 4738

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report                                    LCM Version:  03.23.00

 **LabCorp** LabCorp Birmingham
Laboratory Corporation of America   1801 First Avenue South, Birmingham, AL 35233-1935

Phone: 205-581-3500

| SPECIMEN 148-252-0314-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS PARTIAL | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

| CLINICAL INFORMATION |
|---|
| SRC:SP   CD- 41103824070 |

WARD 1
SRC:SP

FASTING: N
DOB: 1/09/1942

| PHYSICIAN ID. LAVESPERE | NPI | PATIENT ID. 85555 |
|---|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 |

ACCOUNT: Louisiana State Penitentiary

PT. ADD.: 911 WAREHOUSE
ANGOLA          LA          70712-0000

911 Warehouse
Angola          LA   70712-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/28/2010 | 7:30 | 5/28/2010 | 6/03/2010 | 15:17 | 4838 |

ACCOUNT NUMBER:   17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Fungus (Mycology) Culture | Preliminary report | | 01 |
| Result 1 | | | 01 |
| Specimen has been received and testing has been initiated. | | | |
| AFB Culture and Smear,Broth | Preliminary report | | 01 |
| Result 1 | | | 01 |
| Fluorescent smear report: | | | |
| No acid fast bacilli observed on smear. Culture results to follow. | | | |

```
LAB: 01 MB     LabCorp Birmingham                DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,   AL 35233-1935
```





| Pat Name:  HARRIS,RAYMOND | Pat ID: 85555 | Spec #:  148-252-0314-0 | Seq #: 4838 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Last Page of Report                                    LCM Version: 03.23.00

**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-1935

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 146-252-0541-0 | S | MB | PARTIAL | Page #: | 1 |

| ADDITIONAL INFORMATION | | |
|---|---|---|
| NU-1 | FASTING: N | |
| SRC:SP | DOB: 1/09/1942 | |

| CLINICAL INFORMATION | | |
|---|---|---|
| SRC:SP   CD- 41103824015 | | |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 |

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| TRIPS | | 85555 |

**PT. ADD.:** 911 WAREHOUSE
ANGOLA   LA   70712-0000

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola   LA   70712-0000

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 5/26/2010   14:36 | 5/26/2010 | 5/27/2010 | 15:17 | 4638 |

ACCOUNT NUMBER:   17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Fungus (Mycology) Culture | *** WILL FOLLOW *** | | |
| Lower Respiratory Culture | *** WILL FOLLOW *** | | |
| AFB Culture and Smear,Broth | Preliminary report | | 01 |
| Result 1 | | | 01 |

Fluorescent smear report:
No acid fast bacilli observed on smear. Culture results to follow.

LAB: 01 MB    LabCorp Birmingham                    DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935



# LabCorp
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-1935

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 146-252-0541-0 | S | MB | PARTIAL | Page #: | 1 |

**ADDITIONAL INFORMATION**

NU-1
SRC:SP

FASTING: N
DOB: 1/09/1942

| PATIENT NAME | | SEX | AGE(YR./MOS.) | |
|---|---|---|---|---|
| HARRIS,RAYMOND | | M | 68 / 4 | |

PT. ADD.: 911 WAREHOUSE
ANGOLA          LA          70712-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/26/2010 | 14:36 | 5/26/2010 | 5/28/2010 | 10:20 | 4670 |

**CLINICAL INFORMATION**
SRC:SP    CD- 41103824015

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| TRIPS | | 85555 |

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA    70712-0000
ACCOUNT NUMBER:    17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Fungus (Mycology) Culture | *** WILL FOLLOW *** | | |
| Lower Respiratory Culture | Final report | | 01 |
|    Result 1 | | | 01 |
|    Routine respiratory flora | | | |
|    Heavy growth | | | |
| AFB Culture and Smear,Broth | Preliminary report | | 01 |
|    Result 1 | | | 01 |
|    Fluorescent smear report: | | | |
|    No acid fast bacilli observed on smear. Culture results to follow. | | | |

LAB: 01 MB    LabCorp Birmingham          DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935





| Pat Name:  HARRIS,RAYMOND | Pat ID:  85555 | Spec #:  146-252-0541-0 | Seq #:  4670 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Last Page of Report

LCM Version:  03.23.00

**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-1935

Phone: 205-581-3500

| SPECIMEN 147-252-0559-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS PARTIAL | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | | | | | | CLINICAL INFORMATION SRC:SP   CD- 41103824024 | | |
|---|---|---|---|---|---|---|---|---|

WARD 1                    FASTING: N
SRC:SP                    DOB: 1/09/1942

| PHYSICIAN ID. TRIPS | NPI | PATIENT ID. 85555 |
|---|---|---|

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| HARRIS,RAYMOND | | M | 68 / 4 |

ACCOUNT: Louisiana State Penitentiary

PT. ADD.: 911 WAREHOUSE
ANGOLA            LA        70712-0000

911 Warehouse
Angola          LA    70712-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/27/2010 | 7:30 | 5/27/2010 | 5/28/2010 | 8:29 | 4649 |

ACCOUNT NUMBER:    17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

```
PT and PTT
    INR                              1.1              0.8 - 1.2      01
              Reference interval is for non-anticoagulated patients.

              Suggested INR therapeutic range for Vitamin K
              antagonist therapy:
                  Standard Dose (moderate intensity
                                    therapeutic range):    2.0 - 3.0
                  Higher intensity therapeutic range       2.5 - 3.5
    Prothrombin Time            10.8    sec      8.7 - 11.5      01
    aPTT                        30      sec      24  - 33        01
    This test has not been validated for monitoring unfractionated heparin
    therapy. aPTT-based therapeutic ranges for unfractionated heparin
    therapy have not been established. For general guidelines on
    Heparin monitoring, refer to the LabCorp Directory of Services.
Fungus Culture With Stain
    Fungus Stain              *** WILL FOLLOW ***

    Fungus (Mycology) Culture  *** WILL FOLLOW ***

AFB Culture and Smear,Broth  *** WILL FOLLOW ***
```

```
LAB: 01 MB    LabCorp Birmingham           --      DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935
```





| Pat Name: HARRIS,RAYMOND | Pat ID: 85555 | Spec #: 147-252-0559-0 | Seq #: 4649 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges



 **LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-1935                    Phone: 800-762-4344

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 147-252-0559-0 | S | MB | PARTIAL | Page #: | 1 |

| ADDITIONAL INFORMATION | | | CLINICAL INFORMATION | | |
|---|---|---|---|---|---|

WARD 1                    FASTING: N
SRC:SP                    DOB: 1/09/1942

CLINICAL INFORMATION
SRC:SP    CD- 41103824024

| PATIENT NAME | SEX | AGE(YR./MOS.) | PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|---|---|---|
| HARRIS,RAYMOND | M | 68 / 4 | TRIPS | | 85555 |

PT. ADD.: 911 WAREHOUSE
ANGOLA            LA        70712-0000

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA  70712-0000

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 5/27/2010    7:30 | 5/27/2010 | 5/28/2010 | 17:11 | 4687 |

ACCOUNT NUMBER:    17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

```
        PT and PTT
          INR                          1.1                    0.8 - 1.2      01
                  Reference interval is for non-anticoagulated patients.


                  Suggested INR therapeutic range for Vitamin K
                  antagonist therapy:
                      Standard Dose (moderate intensity
                                   therapeutic range):      2.0 - 3.0
                      Higher intensity therapeutic range    2.5 - 3.5
        Prothrombin Time           10.8    sec             8.7 - 11.5     01
        aPTT                       30      sec             24  - 33       01
        This test has not been validated for monitoring unfractionated heparin
        therapy. aPTT-based therapeutic ranges for unfractionated heparin
        therapy have not been established. For general guidelines on
        Heparin monitoring, refer to the LabCorp Directory of Services.
    Fungus Culture With Stain
        Fungus Stain               Final report                           01
        Result 1                                                          01
        KOH/Calcofluor preparation:  no fungus observed.
        Fungus (Mycology) Culture  *** WILL FOLLOW ***

    AFB Culture and Smear,Broth    Preliminary report                     01
        Result 1                                                          01
        Fluorescent smear report:
        No acid fast bacilli observed on smear. Culture results to follow.
```

```
LAB: 01 MB    LabCorp Birmingham               DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935
```



COPY

| Pat Name: HARRIS,RAYMOND | Pat ID. 85555 | Spec #: 147-252-0559-0 | Seq #: 4687 |
|---|---|---|---|



Results are Flagged in Accordance with Age Dependent Reference Ranges

| | NAME: | RAYMOND HARRIS |
|---|---|---|
| | DOC#: | 85555 |
| | AGE: | 68 |
| | LOC: | NU-I |
| | DOCTOR: | TRIPS/ROUNDTREE |
| | DATE: | 05/27/2010 |
| | TIME: | 0850 |
| | INITIAL: | KW |

```
ID: 85555                      05-27-10
CVWB                              11:37
                              Patient
                              Limits 1
WBC      4.4  *L  x10^3/uL     4.5   10.5
LY      29.0      %           20.5   51.1
MO       7.0      %            1.7    9.3
GR      64.0      %           42.2   75.2
LY#      1.3  *   x10^3/uL     1.2    3.4
MO#      0.3  *   x10^3/uL     0.1    0.6
GR#      2.8  *   x10^3/uL     1.4    6.5
RBC      4.67     x10^6/uL     4.00   6.00
Hgb     13.8      g/dL        11.0   18.0
Hct     39.8      %           35.0   60.0
MCV     85.1      fL          80.0   99.9
MCH     29.6      pg          27.0   31.0
MCHC    34.8      g/dL        33.0   37.0
RDW     14.9  H   %           11.6   13.7
Plt    182.       x10^3/uL    150.   450.
MPV      7.9      fL           7.8   11.0
```

| MANUAL DIFFERENTIAL | | CELL MORPHOLOGYM | |
|---|---|---|---|
| BAND | | POLYCH | |
| POLY | | HYPOCH | |
| LYMPH | | ANISO | |
| MONO | | MICRO | |
| EOSIN | | MACRO | |
| BASO | | POIKILO | |
| META | | SPHERO | |
| MYELO | | TARGET | |
| PROS | | BASO SLIP | |
| BLAST | | TOXIC GR. | |
| | | SICKLED CELLS | |

COMMENTS: _____



REPORTED: DATE/TIME/INITIAL
5/27/10   11:40

**LabCorp** LabCorp Birmingham
Laboratory Corporation of America    1801 First Avenue South, Birmingham, AL 35233-1935                    Phone: 205-581-3500

| SPECIMEN 050-252-0424-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

HEISE   B                    FASTING: N
                             DOB: 1/09/1942

| CLINICAL INFORMATION |
|---|
| CD- 41103822548 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68 / 1 |

| PHYSICIAN ID. HEISE | NPI | PATIENT ID. 85555 |
|---|---|---|

PT. ADD.: 911 WAREHOUSE
          ANGOLA          LA          70712-0000

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA    70712-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 2/19/2010 | 7:35 | 2/19/2010 | 2/20/2010 | 9:21 | 2451 |

ACCOUNT NUMBER:    17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

Thyroid Cascade Profile
    TSH                    0.628    uIU/mL          0.450 - 4.500    01

LAB: 01 MB     LabCorp Birmingham                    DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935



| Pat Name: HARRIS,RAYMOND | Pat ID: 85555 | Spec #: 050-252-0424-0 | Seq #: 2451 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

LOUISIANA STATE PENITENTIARY
C. C. BOERUM JR. TREATMENT CNTR
ANGOLA, LOUISIANA 70712
(225) 655-2206

| | | |
|---|---|---|
| NAME: HARKIN, RAYMOND | SAMPLE ID: | |
| PATIENT ID: 86556 | SAMPLE TYPE: SERUM | |
| AGE: 60 years | DOCTOR: WILLIAMS | |
| DATE OF BIRTH: | DRAWN DATE/TIME: Jan 20 10  7:05 | |
| SEX: M | RUN DATE/TIME: Jan 20 10  9:27 | |
| LOCATION: D | SEC/CUP/REP: | |
| PAT. COMMENT: | | |
| SAMPLE COMMENT: | | |
| INST CODES: | | |

| CHEMISTRY | RESULTS | UNITS | REFERENCE RANGE | REMARKS |
|---|---|---|---|---|
| NA | | mmol/L | 135 - 145 | |
| K | 4.2 | mmol/L | 3.6 - 5.0 | |
| CL | 103 | mmol/L | 101 - 111 | |
| CO2 | 27 | mmol/L | 21 - 31 | |
| GLU | 125 | mg/dL | 70 - 110 | HIGH |
| BUN | 6 | mg/dL | 6 - 20 | |
| CRE | 0.7 | mg/dL | 0.5 - 1.2 | |
| TBIL | 0.4 | mg/dL | 0.2 - 1.0 | |
| CA | 9.1 | mg/dL | 8.9 - 10.0 | |
| ALB | 4.0 | g/dL | 3.2 - 5.5 | |
| TG | | mg/dL | 15 - 150 | |
| TP | 7.2 | g/dL | 6.7 - 8.2 | |
| CHOL | 150 | mg/dL | 140 - 239 | |
| HDL | 34.1 | mg/dL | 23.0 - 71.0 | |

| CALCULATED VALUES | RESULTS | UNITS | REFERENCE RANGE | REMARKS |
|---|---|---|---|---|
| OSMOLALITY (1) | 277.3 | mOsm/L | 280.0 - 300.0 | LOW |
| ANION GAP (2) | 8.2 | | 10.0 - 20.0 | LOW |
| A/G RATIO | | | 1.0 - 2.5 | |
| BUN/CREA RATIO | 11.4 | | 6.0 - 20.0 | |
| LDL | 102.9 | mg/dL | 74.0 - 159.0 | |
| CHOL/HDL | 4.6 | RATIO | 3.0 - 5.0 | |
| LDL/HDL | | RATIO | 1.0 - 3.6 | |

| NAME: | RAYMOND HARRIS |
|---|---|
| DOC#: | 85555 |
| AGE: | 68 |
| LOC: | C |
| DOCTOR: | WILLIAMS |
| DATE: | 1/28/2010 |
| TIME: | 0705 |
| INITIAL: | RS |

```
ID: 85555                    01-28-10
CVWB                           10:21
                           Patient
                           Limits 1
WBC     5.0    x10^3/uL    4.5    10.5
LY     30.8    %           20.5   51.1
MO      5.6    %            1.7     9.3
GR     63.6    %           42.2   75.2
LY#     1.5    x10^3/uL     1.2     3.4
MO#     0.3    x10^3/uL     0.1     0.6
GR#     3.2    x10^3/uL     1.4     6.5
RBC     5.03   x10^6/uL     4.00    6.00
Hgb    14.9    g/dL        11.0    18.0
Hct    43.8    %           35.0    60.0
MCV    87.2    fL          80.0    99.9
MCH    29.7    pg          27.0    31.0
MCHC   34.0    g/dL        33.0    37.0
RDW    15.1 H  %           11.6    13.7
Plt    181.    x10^3/uL    150.    450.
MPV     8.2    fL           7.8    11.0
```

## MANUAL DIFFERENTIAL

## CELL MORPHOLOGY

| MANUAL DIFFERENTIAL | | CELL MORPHOLOGY | |
|---|---|---|---|
| BAND | | POLYCH | |
| POLY | | HYPOCH | |
| LYMPH | | ANISO | |
| MONO | | MICRO | |
| EOSIN | | MACRO | |
| BASO | | POIKILO | |
| META | | SPHERO | |
| MYELO | | TARGET | |
| PROS | | BASO SLIP | |
| BLAST | | TOXIC GR. | |
| | | SICKLED CELLS | |

COMMENTS: _____

REPORTED: DATE/TIME/INITIAL



85555

RAYMOND HARRIS
129183
54
NU-1

ROUTINE URINALYSIS - II

| Collector's Init. | Date / Time Specimen Collected | A.M. P.M. | Date / Time Specimen Received | A.M. P.M. | Date / Time Results Reported | A.M. P.M. |
|---|---|---|---|---|---|---|
| RC | 12/2/09  9:35 | | | | 12/2/09  13:25 | |

| ☐ In Patient | ☐ Clinic | ☐ Emergency Room | ☐ Isolation | Date / Time Requested | A.M. P.M. | Nurse Initial | 05 |

| Physician Rountrue | | Service | Location Rm. / Bed | Date Reported 12/2/09 | Lab Initial |

Diagnosis

LSUHSC-HCSD 2-050A (R 6/00)

**≋LabCorp** LabCorp Birmingham
Laboratory Corporation of America    1801 First Avenue South, Birmingham, AL 35233-1935                    Phone: 205-581-3500

| SPECIMEN 028-252-0781-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

| WILLIAMS M | FASTING: Y DOB: 1/09/1942 |
|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 68  / |

PT. ADD.: 911 WAREHOUSE
ANGOLA          LA        70712-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 1/28/2010 | 7:05 | 1/28/2010 | 1/29/2010 | 8:27 | 1951 |

| CLINICAL INFORMATION CD- 41103822221 |
|---|

| PHYSICIAN ID. WILLIAMS | NPI | PATIENT ID. 85555 |
|---|---|---|

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA    70712-0000
ACCOUNT NUMBER:    17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

```
Hgb Alc with eAG Estimation
  Hemoglobin Alc                    6.7    %         <7.0              01
                            Diabetic Adult          <7.0
                            Healthy Adult         4.8 - 5.9
                                                  (DCCT/NGSP)

            American Diabetes Association's Summary of Glycemic
            Recommendations for Adults with Diabetes:
            Hemoglobin Alc <7.0%. More stringent glycemic goals
            (Alc <6.0%) may further reduce complications at the
            cost of increased risk of hypoglycemia.

            **Effective February 22, 2010, Hemoglobin Alc**
            reference interval will be changing to:    4.8 - 5.6%
            Increased risk for diabetes:               5.7 - 6.4
            Diabetes:                                   >6.4
            Glycemic control for adults with diabetes:  <7.0
  Estim. Avg Glu (eAG)            146     mg/dL
```

| LAB: 01 MB    LabCorp Birmingham                    DIRECTOR: John Elgin  MD |
|---|
| 1801 First Avenue South, Birmingham,  AL 35233-1935 |



| Pat Name: HARRIS,RAYMOND | Pat ID: 85555 | Spec #: 028-252-0781-0 | Seq #: 1951 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

**LabCorp**  LabCorp Birmingham
Laboratory Corporation of America     1801 First Avenue South, Birmingham, AL 35233-1935          Phone: 205-581-3500

| SPECIMEN 222-252-0865-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

ROUNDTREEJ                           FASTING: N
                              DOB: 1/09/1942

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HARRIS,RAYMOND | M | 67 / 7 |

PT. ADD.: 911 WAREHOUSE
        ANGOLA          LA          70712-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 8/10/2009 | 11:35 | 8/10/2009 | 8/11/2009 | 11:16 | 7947 |

**CLINICAL INFORMATION**
CD- 41103819502

| PHYSICIAN ID. ROUNDTREE | NPI | PATIENT ID. 85555 |
|---|---|---|

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA    70712-0000
ACCOUNT NUMBER:    17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

Hgb A1c with eAG Estimation
    Hemoglobin A1c                6.1    %          <7.0              01
                                Diabetic Adult            <7.0
                                Healthy Adult          4.8 - 5.9
                                        (DCCT/NGSP)
            American Diabetes Association's Summary of Glycemic
            Recommendations for Adults with Diabetes:
            Hemoglobin A1c <7.0%. More stringent glycemic goals
            (A1c <6.0%) may further reduce complications at the
            cost of increased risk of hypoglycemia.
    Estim. Avg Glu (eAG)      128      mg/dL
Microalbumin, Random Urine
    Microalbumin, Urine        6.7      ug/mL        0.0 - 17.0        01

LAB: 01 MB     LabCorp Birmingham                    DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,   AL 35233-1935

**DIAGNOSTIC RADIOLOGY**          **LOUISIANA STATE PENITENTIARY**
LSP-TCXR 02  Rev. 10/97          E. BARROW, JR. TREATMENT CENTER

| ☐ In-patient  ☐ Emerg. Room  ☐ Portable | ☐ Ambulatory | 31 | NAME: Raymond Harris |
|---|---|---|---|
| ☐ Clinic  ☐ Isolation | ☐ Stretcher  ☐ Wheelchair | | |
| Physician | Date Exam Desired | Loc. Rm/Bed | Prev. X-Ray ☐ Yes ☐ No |

NAME: Raymond Harris

DOC#: 85553

LOCATION: Wal 2

AGE: 67        RACE: BM

Exam Date 17+3 09        Exam Time

Diagnosis & Pertinent Clinical Information

OM

| Examination Desired | ☑ X-Ray | ☐ Nuclear Medicine | ☐ Ultrasound | Technician Initials | 14 x 17 |
|---|---|---|---|---|---|
| | | | | Remarks  DC | 14 x 14 |

CXR-2V

| | | 30 x 35 |
|---|---|---|

**Radiologist Report**

| | 11 x 14 |
|---|---|
| | 24 x 30 |
| | 10 x 12 |
| | 9 ½x9 ½ |
| | 8 x 10 |
| | 5 x 12 |
| | Other |

neg

7-17-09

| Procedures Performed | Radiologists and Date | Total Used |
|---|---|---|

**STAT/EMERGENCY** ☐

**DIAGNOSTIC RADIOLOGY**    **LOUISIANA STATE PENITENTIARY**
LSP-TCXR 01  Rev. 10/97    E. BARROW, JR. TREATMENT CENTER

| ☐ In-patient ☐ Emerg. Room ☐ Portable | ☐ Ambulatory | 31 |
| ☐ Clinic ☐ Isolation | ☐ Stretcher  ☐ Wheelchair | |

NAME: Raymond Harris

Physician: WHS

DOC#: 85555

| Date Exam Desired | Loc. Rm/Bed | Prev. X-Ray ☐ Yes ☐ No |

LOCATION: Cuda 4/R

Diagnosis & Pertinent Clinical Information

lung Mass — @ hilum
CT "round pneumonia"

AGE: ____    RACE: ____

Exam Date: 3-12-10    Exam Time:

Examination Desired    ☐ X-Ray    ☐ Nuclear Medicine    ☐ Ultrasound

CXR    (SHOW films to Dr. Williams)

Technician Initials / Remarks: DC

STATE/EMERGENCY ☐

| Radiologist Report | | 14 x 17 |
| | | 14 x 14 |
| | | 30 x 35 |
| | | 11 x 14 |
| | | 24 x 30 |
| | | 10 x 12 |
| | | 9 ¼ x 9 ½ |
| | | 8 x 10 |
| | | 5 x 12 |
| | | Other |

| Procedures Performed | Radiologists and Date | Total Used |

# DIAGNOSTIC RADIOLOGY — LOUISIANA STATE PENITENTIARY
## R.E. BARROW, R. TREATMENT CENTER

| | | | | | |
|---|---|---|---|---|---|
| ☐ In-Patient ☐ Isolation | ☐ Ambulatory | 31 | Name: | RAYMOND | HARRIS |

☐ In-Patient  ☐ Isolation  ☐ Ambulatory  31
☐ Clinic  ☐ Portable  ☐ Stretcher
☐ Emerg Room  ☐ Wheelchair

| Physician | Date Exam Desired | Loc. Rm/Bed | Prev X-Ray |
|---|---|---|---|
| Williams | | | ☐ Yes  ☐ No |

Name:  RAYMOND  HARRIS
DOC #:  85555
Location:  C JAG 3/R
Age:  68   Race:  B

Exam Date  3/12/2010   Exam Time

**Diagnosis & Pertinent Clinical Information**

**Examination Desired**  ☐ X-Ray  ☐ Nuclear Medicine  ☐ Ultrasound

PA and lateral chest.

**Tech Initials & Remarks**

DC

**Radiologist Report**

Mass in the left lower lung again seen as described on previously study of 01/24/10. Heart and right lung are unchanged. IMPRESSION: Mass in the left lower lung, which appears essentially unchanged since 01/24/10.

CT ordered
Surg following

Date of Dictation:

Initials:  DC
Date of Transcription:  3/16/2010

| | Procedures Performed | | Radiologist and Date |
|---|---|---|---|
| | | | Collins, Ted |

| Patient Name: | Raymond Harris | MRN: | 20710 (EKL) |
|---|---|---|---|
| Age: | 68 Years (1/9/1942) | Gender: | Male |

 **Radiology**

EKL - Earl K. Long Medical Center
5825 Airline Highway
Baton Rouge LA 70805

**Ordering Physician:**
**Interpreting Physician:** HOFF, DAVID
**Priority:**
**Report Status:**     Draft
**Test Type:**     CHEST/THORAX W/ CONTRAST

**Order Date:**
**Performed Date:**     2/4/2010 00:00:00
**Result Date:**     02/07/2010 10:06:16

```
            LSU MEDICAL CENTER EARL K. LONG
                  5825 AIRLINE HIGHWAY
                  BATON ROUGE, LA 70805

                    RADIOLOGY REPORT

    PATIENT:   HARRIS, RAYMOND
    MR#:       020710

    DOB:

    EXAM TYPE:   CT SCAN OF THE CHEST

    EXAM DATE:   2/04/2010

    SERVICE CODE:   6330095

    TECHNIQUE:   Multiple images were obtained in axial planes.

    FINDINGS:   The patient has a 3.5 cm soft tissue mass adjacent to the
    left inferior hilum.   No evidence of lymphadenopathy can be
    identified.   Coronary artery calcifications are present.
    Calcifications can be seen in the region of the aortic valve plane.

    There are several calcifications identified in the liver consistent
    with granulomatous disease.   Several small simple appearing cysts
    can be seen on the kidneys bilaterally.   The spleen is normal as is
    the pancreas.   Gallbladder is nondistended.   No lymphadenopathy or
    adrenal masses can be seen.

    IMPRESSION:
    1.   3.5 cm soft tissue mass in the infrahilar region of the left lung.
         Differential considerations would include round pneumonia.
         Needs follow-up for clearing. Soft tissue mass/cancer cannot be
         excluded.   Correlation with patient's history.
    2.   Coronary artery calcifications.   No lymphadenopathy identified.


    DAVID HOFF MD

    \:  MERLENE     DD:  02/04/2010    TD:  04:46 PM     ID:  598056
```

| Patient Name: | Raymond Harris Jr | MRN: | 20710 (EKL) |
|---|---|---|---|
| Age: | 68 Years (1/9/1942) | Gender: | Male |

```
/:   269          DT:   02/07/2010     TT:   10:06 AM      JOB:
0320528

cc:




















                              Page 01 of 01



```

| Diagnosis Code | Description |
|---|---|

| Patient Name: | Raymond Harris Jr | MRN: | 20710 (EKL) |
|---|---|---|---|
| Age: | 68 Years (1/9/1942) | Gender: | Male |

 **Radiology**

EKL - Earl K. Long Medical Center
5825 Airline Highway
Baton Rouge LA 70805

**Ordering Physician:**
**Interpreting Physician:** HOFF, DAVID
**Priority:**
**Report Status:** Draft
**Test Type:** ABDOMEN W/ AND W/O CONTRAST

**Order Date:**
**Performed Date:** 2/4/2010 00:00:00
**Result Date:** 02/07/2010 10:11:10

```
                    LSU MEDICAL CENTER EARL K. LONG
                            5825 AIRLINE HIGHWAY
                         BATON ROUGE, LA 70805

                              RADIOLOGY REPORT

        PATIENT:   HARRIS, RAYMOND
        MR#:       020710

        DOB:

        EXAM TYPE:  CT SCAN OF THE ABDOMEN

        EXAM DATE:  2/4/10

        SERVICE CODE:  6330117

        CLINICAL HISTORY:

        FINDINGS:  There are calcifications in the liver consistent with
        granulomatous disease are identified.  The spleen, gallbladder and
        pancreas appear normal.  Several small simple appearing cysts of the
        kidneys.  The patient has atherosclerotic changes of a mildly
        distended aorta, which measures up to 3.3 cm in diameter consistent
        with an infrarenal fusiform abdominal aortic aneurysm.

        The patient has multiple clips in the abdominal wall consistent with
        prior abdominal wall hernia surgery.  The appendix appears normal.
        There is sigmoidal diverticulosis.

        IMPRESSION:
        1.   No evidence of metastatic disease to either the liver or adrenal
             glands.
        2.   Scattered simple renal cysts and sigmoidal diverticulosis.

        _____
        DAVID HOFF MD

        \:  MERLENE      DD:  02/04/2010    TD:  04:46 PM      ID:
        0320528
        /:  269          DT:  02/07/2010    TT:  10:11 AM      JOB:
```

| Patient Name: | Raymond Harris | | MRN: | 20710 (EKL) |
| Age: | 68 Years (1/9/1942) | | Gender: | Male |

```
0321218

cc:
```

Page 01 of 01

| Diagnosis Code | Description |

| Patient Name: | Raymond Harris | MRN: | 20710 (EKL) |
|---|---|---|---|
| Age: 68 Years (1/9/1942) | | Gender: | Male |



**Radiology**

**EKL - Earl K. Long Medical Center**
5825 Airline Highway
Baton Rouge LA 70805

| | | |
|---|---|---|
| **Ordering Physician:** | **Order Date:** | |
| **Interpreting Physician:** HOFF, DAVID | **Performed Date:** | 2/4/2010 00:00:00 |
| **Priority:** | **Result Date:** | 02/07/2010 10:15:03 |
| **Report Status:** Draft | | |
| **Test Type:** PELVIS W/ CONTRAST | | |

```
          LSU MEDICAL CENTER EARL K. LONG
                5825 AIRLINE HIGHWAY
                BATON ROUGE, LA 70805

                 RADIOLOGY REPORT

   PATIENT:  HARRIS, RAYMOND
   MR#:      020710

   DOB:

   EXAM TYPE:  CT OF THE PELVIS

   EXAM DATE:  2/04/2010

   SERVICE CODE:  6330107

   CLINICAL HISTORY:

   FINDINGS:  The patient has prior abdominal wall surgery.   There is
   evidence of sigmoidal diverticulosis.   No radiographic evidence of
   diverticulitis.   There are degenerative changes of the lumbar spine
   and sacroiliac joints.   No abnormal mass or lymphadenopathy.


   _____
   DAVID HOFF MD

   \:  MERLENE      DD:  02/04/2010     TD:  04:46 PM      ID:
   0320528
   /:  269          DT:  02/07/2010     TT:  10:15 AM      JOB:
   0321220

   cc:
```

1138249 2/10/10 1:38:44 PM

| Patient Name: | Raymond Harris Jr. | MRN: | 20710 (EKL) |
|---|---|---|---|
| Age: | 68 Years  (1/9/1942) | Gender: | Male |

Page 01 of 01

| Diagnosis Code | Description |
|---|---|

1138249 2/10/10 1:38:44 PM