# LOUISIANA STATE PENITENTIARY
# HUMAN RESOURCES DEPARTMENT
# FACSIMILE TRANSMITTAL SHEET
# FAX 225-655-2610/655-2049

# OF PAGES (INCLUDING COVER) __3__

DATE: _7-26-10_

TO: _Tunde Animashaun_

FROM:

( ) SHARON AUGUSTINE      ( ) LINDA BORDELON

( ) STEPHANIE SIMPSON      (X) DOROTHY DUFOUR

( ) SHERLYN CAVALIER      ( ) BRENDA HAWKINS

( ) PATTI VARNER      ( ) CHRISTY WHEELER

( ) STACY REED      ( ) CANDICE BRECHEEN

COMMENTS: _Re Carl Smith_

CONFIDENTIALITY NOTICE: The information contained in this fax transmission and the accompanying pages is intended solely for the addressee(s) named above. If you are not an addressee, or responsible for delivering these documents to an addressee, you have received this document in error and you may not read or disclose it. The information contained in this document is subject to legally enforceable privileges. Unless you are an addressee, or associated with an addressee for delivery purposes, you may not do anything with this document or the information it contains other than calling us immediately at the number listed above and returning this document to us at once.

## IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL THE SENDER IMMEDIATELY.



EXHIBIT
3

# LOUISIANA STATE PENITENTIARY
## ROBERT E. BARROW, JR. TREATMENT CENTER
### FREE PERSONNEL INJURY/ILLNESS REPORT
#### VITAL STATISTICS

DATE: 5 , 17 , 09                    TIME SEEN: 0 6 : 29

NAME: Carl J Smith        SS#: ███████   AGE: 34   SEX: male  RACE: Black

| MEDICATIONS: | ALLERGIES: |
|---|---|
| none | none |

| DATE OF ACCIDENT: -- 27.09 | TIME OF ACCIDENT: 6.15 | ACCIDENT LOCATION: wA-2 |
|---|---|---|

DATE OF LAST TETANUS: _____

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/SpO2 |
|---|---|---|---|---|---|---|
| 06:29 | 133/90 | 97 | 16 | 403 | | |
| 06:35 | 132/90 | 96 | 16 | | | |
| : | / | | | | | |

#### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: 34 y/o BM amb to ATU 2° to confrontation c̄ inmate. Pt voices O c/o. 93 Pt states he had to put inmate down on bed. Pt c/o pain to (R) 3rd digit. Evident contusions/abrasions c̄ deformities. Cap refill unremarkable. PMS⊕ intact. Pt denies any other injury. Ambulatory c̄ Audible c̄ distress

MEDIC SIGNATURE: ____ Baker #511
GMT-P

#### PHYSICIAN ASSESSMENT AND TREATMENT

Ice pack applied
Pt states "I don't have time for an x-ray"
Pt advised to return if problem persists
or see PCP ASAP!

LA STATE PENITENTIARY
PERSONNEL OFFICE
JUN 02 2009
RECEIVED

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 06:36 | TRANSPORTATION: Amb | DESTINATION: |
|---|---|---|

LSP-TC 30    Rev. 06/2004    FREE PERSONNEL INJURY/ILLNESS REPORT    PAGE ___ OF ___

Case 3:10-cv-00367-JTT-JDK Document 15-5 07/28/10 Page 3 of 3

# LOUISIANA STATE PENITENTIARY
## ROBERT E. BARROW, JR. TREATMENT CENTER
### FREE PERSONNEL
### AUTHORIZATION FOR EXAMINATION AND TREATMENT

Date: _15-27-09_   Employee: ☑ Yes   ☐ No

Name: _Carl J. Smith_   Department: _Main Prison West A-Team_

Social Security Number: _____   Supervisor: _____

The above named patient hereby authorizes and consents to any services of an emergency nature, including but not limited to, diagnostic procedures, radiological procedures, laboratory procedures, anesthesia, medical or surgical procedure and treatments, which are deemed necessary or advisable by the attending physician(s) and rendered to the patient under the general or special instructions of said physician(s). The patient hereby certifies that he understands and hereby acknowledges that only emergency treatment was rendered to said patient at the Robert E. Barrow, Jr. Treatment Center and that he was advised at the time of his release from said the Robert E. Barrow, Jr. Treatment Center that it would be necessary to the patient or someone acting on the patient's behalf to make other arrangements for the patient's further and future care and that he was further advised to consult promptly his own physician.



_____   _____
Patient Signature   Date

_____   _____
Witness   Date

Is this a job related injury   ☑ Yes   ☐ No   _____
Employee Initials

If yes, was a Risk Analysis and Loss Prevention Incident Report Form Completed?   ☐ Yes   ☐ No

### FREE PERSONNEL INJURY/ILLNESS REPORT