BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

## INVESTIGATIVE SERVICES

### LAB WORKSHEET

**CASE #:** AIS-09-e-0399

**SUBJECT:** Inmate Raymond Harris # 85555-Main Prison-West Yard- Walnut 2.

**OFFENSE:** Contraband.

**DATE OF INCIDENT:** May 27, 2009.

**SEARCH OFFICER:** Capt. Carl Smith.

**EVIDENCE DESCRIPTION:** A small white sugar bag containing a green leafy substance.

**WEIGHT:** 0.4 grams including packaging.

**LOCATION EVIDENCE FOUND:** Inmate Harris was holding it in his hand.

**REPORTING OFFICER:** Major Joel Harrell.

**TEST:** NARCO TEST KIT # 908.

**RESULTS:** Positive for THC/Marijuana.

### (ALL EVIDENCE PLACED IN EVIDENCE LOCKER)

On May 27, 2009 at 6:20 A.M., Capt. Carl Smith attempted to shake down Inmate Raymond Harris in the Walnut 2 restroom. Inmate Harris ran and Capt. Smith had to chase him and take him down. Once Inmate Harris was restrained, Capt. Smith conducted the shake down and found a sugar bag containing a green leafy substance in Inmate Harris' left hand. The suspected contraband was confiscated by Capt. Smith. Capt. Smith released the substance to Major Joel Harrell and requested that it be tested. Major Harrell tested the substance using NARCO TEST KIT # 908 and obtained a positive result for THC/Marijuana. Assistant Warden Leslie Dupont was advised. West Feliciana Sheriff's will be advised via a copy of this report. If a finding of guilty is determined in this case, restitution in the amount of $1.48 may be applicable.

Major Joel Harrell
Investigative Services

CC: Warden Burl Cain, Deputy Warden Darrel Vannoy, Deputy Warden Ronnie Jett, Assistant Warden Leslie Dupont, Assistant Warden Kevin Benjamin, Assistant Warden Jimmy Smith, Disciplinary Board, West Feliciana Sheriff's Office, File.

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

EXHIBIT
Blumberg No. 5116
4

**CRIME SCENE SEARCH
EVIDENCE REPORT**

Name of Subject _Raymond Harris 85555_
Offense _Contraband_
Date of Incident _5-27-09_ Time _6:20_ (AM)/PM
Search Officer _Capt Cark J Smith_
Evidence Description _1 small white sugar bag_
_Containing a green Leafy substance_
Location _in inmate Harris Left Hand_

**CHAIN OF POSSESSION**

Received From _Carl J Smith_
By _/M/l Joel Harrell_
Date _5-27-09_            Time _8:40_ (AM)/PM

Received From _____
y _____
te _____ Time _____ AM/PM

ived From _____
_____ Time _____ AM/PM

**SIRCHIE**
**FINGER PRINT LABS**    CAT. NO. ZTE 10

