# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYMOND HARRIS**<br>**DOC# 85555** | : | **CIVIL ACTION** |
| | : | **NUMBER 10-367-JVP-CN** |
| **VERSUS** | | |
| | : | **JUDGE JOHN V. PARKER** |
| **CARL SMITH, ET AL.** | : | **MAGISTRATE JUDGE NOLAND** |

**STATE OF LOUISIANA**

**PARISH OF WEST FELICIANA**

## A F F I D A V I T

**BEFORE ME,** the undersigned counsel, came and appeared:

## CARL SMITH

who after being duly sworn, did depose and say that:

1.

I am currently employed by the Department of Public Safety and Corrections as Captain at Louisiana State Penitentiary in Angola, Louisiana.

2.

At the request of the Attorney General's Office I have reviewed inmate Raymond Harris claims in this lawsuit and the underlying ARP No. LSP 2009-1919.

3.

On 5-27-09 at approximately 6:20 a.m. while I was making rounds in Walnut # 2 dormitory, I observed inmate Raymond Harris having an object in his hand, while walking from his bed area toward the urinary area, and I gave him a verbal order to stop, that I wanted to shake him down.

1



STATE'S
EXHIBIT
3

4.

As I moved towards inmate Harris, he flatly defied my verbal orders and as I attempted to perform a Pat search, he pulled away from me and continued to walk towards the urinary area.

5.

As I attempted to grab Offender Harris arm and waist area, to conduct a shake down, he resisted and jerk away from me and we both fell to the floor as I was attempting to apply the restraint to his arm.

6.

While on the floor I call for assistance of Lt Donovan Dupuy, who quickly arrived in the dormitory area, and help me to complete the restraint on offender Harris and continued the shake down and I found one (1) sugar bag containing a green leafy substance in the left hand of inmate Raymond Harris.

7.

I then notified Lt. Col Bordelon of the suspected contraband and notified the investigative services and turned the suspected contraband over to them for testing.

8.

I went to the Treatment Center for medical evaluation/treatment and was seen by EMT Boaker at approximately 6:29 am complaining about pain to Right 3rd digit. I was given an ice pack to my affected area and advised to return if problem persist and released.

9.

After the incident I made an Unusual Occurrence Report (UOR). A copy of my report is

2

attached as Attachment A.

The above and foregoing information is true and correct to the best of my knowledge and belief.

_Carl A Smith_
CARL SMITH

**SWORN TO AND SUBSCRIBED** before me, this 31 day of August 2010, at

Parish of West Feliciana, State of Louisiana.

NOTARY PUBLIC

3

Form C-05-001-W-2
01 January 2009

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## UNUSUAL OCCURRENCE REPORT
### (Miscellaneous)

INSTITUTION: <u>LSP</u>

| NAME<br>RAYMOND HARRIS | NUMBER<br>85555 | DORM OR CELLBLOCK<br>WAL-2 | DATE OF INCIDENT<br>5/27/09 | TIME OF INCIDENT<br>6:20AM |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>WAL 2 | | WITNESSES | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

- [ ] Accidents
  - [ ] Employee Accident
  - [ ] Offender Accident
  - [ ] Vehicle Accident
- [x] Contraband
  - [x] Inside Facility
  - [ ] Outside Facility
- [ ] Drug Screen
- [ ] Maintenance

- [ ] Medical
- [ ] Mental Health
- [ ] Protection Request
- [ ] Security Inspections
- [x] Shakedowns
  - [x] Routine
    - [ ] Staff   [ ] Visitor   [ ] Offender
  - [ ] Target
    - [ ] Staff   [ ] Visitor   [ ] Offender
- [ ] Use of Tact Team and Chase Team as outside assistance

[x] Other:   USE OF FORCE-OFFENDER ON STAFF

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

ON THE ABOVE DATE AND APPROX. TIME, I, CAPT. CARL SMITH WAS MAKING ROUNDS IN THE WALNUT-2

RESTROOM AREA WHERE I CONDUCTED A SHAKE DOWN OF INMATE RAYMOND HARRIS #85555. AS I WAS

PERFORMING A PAT SEARCH ON INMATE HARRIS, HE PULLED AWAY FROM ME AND RAN TOWARD'S THE

URINALS. I, CAPT. SMITH THEN USED NECESSARY FORCE BY GRABBING INMATE HARRIS AROUND THE

WAIST CAUSING HIM TO FALL TO THE FLOOR. I, CAPT. SMITH THEN QUICKLY APPLIED RESTRAINTS ON

INMATE HARRIS AND CONTINUED MY SEARCH. DURING THE SHAKE DOWN OF INMATE HARRIS I CONFIS-

CATED 1 (ONE) SUGAR BAG CONTAINING A GREEN LEAFY SUBSTANCE IN THE LEFT HAND OF INMATE

HARRIS. I THEN NOTIFIED LT.COL BORDELON OF THE SUSPECTED CONTRABAND AND LT.COL BORDELON

NOTIFIED INVESTIGATIVE SERVICES AND TURNED THE SUSPECTED CONTRABAND OVER TO THEM.

REPORTING OFFICER          DATE COMPLETED          TIME COMPLETED