## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYMOND HARRIS**<br>**DOC# 85555** | : | **CIVIL ACTION** |
| | : | **NUMBER 10-367-JVP-CN** |
| **VERSUS** | : | **JUDGE JOHN V. PARKER** |
| **CARL SM1TH, ET AL.** | : | **MAGISTRATE JUDGE NOLAND** |

**STATE OF LOUISIANA**

**PARISH OF WEST FEL1C1ANA**

## A F F I D A V I T

**BEFORE ME**, the undersigned counsel, came and appeared:

## DONOVAN DUPUY

who after being duly sworn, did depose and say that:

1.

I am currently employed by the Department of Public Safety and Corrections as Lieutenant at Louisiana State Penitentiary in Angola, Louisiana.

2.

At the request of the Attorney General's Office I have reviewed inmate Raymond Harris claims in this lawsuit and the underlying ARP No. LSP 2009-1919.

3.

On 5-27-09, I witnessed Captain Smith struggling to handcuff on offender Raymond Harris in Walnut 2 dormitory, and assisted to put handcuff on the offender and get him out of the floor.

1

STATE'S EXHIBIT 4

4.

At no time did I witness Captain Smith abused inmate Raymond Harris in any way. A copy of my ARP statement is attached as Attachment A.

The above and foregoing information is true and correct to the best of my knowledge and belief.

DONOVAN DUPUY

**SWORN TO AND SUBSCRIBED** before me, this 31 day of August 2010, at Parish of West Feliciana, State of Louisiana.

NOTARY PUBLIC

2

1WESTYARDPI                    PAGE   02/02

07/26/2010   10:19   2381

Louisiana State Penitentiary
Angola, Louisiana

ARP STATEMENT

ARP NUMBER: 2009-1919            DATE: 8 July 2009

Inmate's Name and Number: Raymond Harris #85555

_____

   In regards to the above aforementioned Request for Administrative Remedy, I, Lt. Dupuy, do hereby state the following at no time did I witnessed Capt. Carl Smith abuse inmate Raymond Harris #85555 in anyway. On 5/27/2009 I witnessed Capt. Smith escorting inmate Harris out of Walnut 2. Capt. Smith informed me that inmate Harris was in possession of contraband and that he was being placed in adm/seg. At no time did I witness Capt. Smith abuse any inmate in any way.

   *This is for your information and further handling.*

_____

Lt. Donovan Dupuy
Main Prison/West Yard/A-Team

Cc:   file