UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND HARRIS                     :        CIVIL ACTION
DOC# 85555
                                   :        NUMBER 10-367-JVP-CN
VERSUS
                                   :        JUDGE JOHN V. PARKER

CARL SMITH, ET AL.                 :        MAGISTRATE JUDGE NOLAND

STATE OF LOUISIANA
PARISH OF WEST FELICIANA

### A F F I D A V I T

**BEFORE ME,** the undersigned counsel, came and appeared:

### JOEL HARRELL

who after being duly sworn, did depose and say that:

1.

I am currently employed by the Department of Public Safety and Corrections as a Corrections Major. My job assignment is an investigator at the Investigative Services at Louisiana State Penitentiary in Angola, Louisiana (LSP).

2.

At the request of the Attorney General's Office I have reviewed the claims raised by inmate Raymond Harris DOC# 85555 in this lawsuit and in the underlying ARP No. LSP 2009-1919.

3.

On 5-27-09 I was notified of an incident involving Captain Smith and Inmate Raymond Harris, and was assigned to investigate the incident. As part of my investigation, I interviewed all the parties involved, as well as all witnesses, in the

1


STATE'S
EXHIBIT
5

incident between inmate Harris and security officers on 5-27-09. At LSP the investigation of this incident was assigned Case Number AIS-09-e-0399 for identification. At the conclusion of my investigation, I made an investigation report of Case Number AIS-09-e-0399 and copy the report to Warden Burl Cain, Deputy Warden Darrel Vannoy, Deputy Warden Ronnie Jett, Assistant Warden Leslie DuPont, Assistant Warden Kevin Benjamin, Assistant Warden Jimmy Smith and referred my findings to the West Feliciana Sheriff's Office West Feliciana Parish Sheriff's Office as part of on ongoing criminal investigation of inmate Harris's actions on 5-27-09. A copy of my complete investigation report is attached hereto as Attachment A-1. My investigation report found the following information.

4.

On May 27, 2009 at approximately 6:20 A.M. Capt. Carl smith attempted to shake down inmate Raymond Harris in the Walnut 2 restroom. Inmate Harris ran and Capt. Smith had to chase him and take him down.  Once Inmate Harris was restrained, Capt Smith conducted a shake down and found a sugar bag containing a green leafy substance in Inmate Harris left hand. The suspected contraband was confiscated by Capt. Smith and releases the substance to Major Harrell and requested that it be tested.

5.

I took photos of the pouch and tested the substance using NARCO TEST KIT # 908 and obtained a positive result for THC/ Marijuana.  The lab worksheet with the NARCO test sheet is attached as Exhibit A2 which consists of completed Crime Scene Search Evidence report and Chain of Possession form, with photograph of the evidence is attached as Exhibit # A2.

2

6.

The contraband weighed 0.4 gram with the bag. The suspected contraband tested positive for marijuana.

The above and foregoing information is true and correct to the best of my knowledge and belief.

Major Joel Harrell

**SWORN TO AND SUBSCRIBED** before me, this 25 day of August 2010, at Angola, Louisiana.

NOTARY PUBLIC

3

BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

# State of Louisiana
Department of Public Safety and Corrections
Louisiana State Penitentiary

## INVESTIGATIVE SERVICES

### LAB WORKSHEET

CASE #:  AIS-09-c-0399

SUBJECT:  Inmate Raymond Harris # 85555-Main Prison-West Yard- Walnut 2.

OFFENSE:  Contraband.

DATE OF INCIDENT:  May 27, 2009.

SEARCH OFFICER:  Capt. Carl Smith.

EVIDENCE DESCRIPTION:  A small white sugar bag containing a green leafy substance.

WEIGHT:  0.4 grams including packaging

LOCATION EVIDENCE FOUND:  Inmate Harris was holding it in his hand.

REPORTING OFFICER:  Major Joel Harrell.

TEST:  NARCO TEST KIT # 908.

RESULTS:  Positive for THC/Marijuana.

### (ALL EVIDENCE PLACED IN EVIDENCE LOCKER)

On May 27, 2009 at 6:20 A.M., Capt. Carl Smith attempted to shake down Inmate Raymond Harris in the Walnut 2 restroom.  Inmate Harris ran and Capt. Smith had to chase him and take him down.  Once Inmate Harris was restrained, Capt. Smith conducted the shake down and found a sugar bag containing a green leafy substance in Inmate Harris' left hand.  The suspected contraband was confiscated by Capt. Smith.  Capt. Smith released the substance to Major Joel Harrell and requested that it be tested.  Major Harrell tested the substance using NARCO TEST KIT # 908 and obtained a positive result for THC/Marijuana.  Assistant Warden Leslie Dupont was advised.  West Feliciana Sheriff's will be advised via a copy of this report.  If a finding of guilty is determined in this case, restitution in the amount of $1.48 may be applicable.

Major Joel Harrell
Investigative Services

CC:  Warden Burl Cain, Deputy Warden Darrel Vannoy, Deputy Warden Ronnie Jett, Assistant Warden Leslie Dupont, Assistant Warden Kevin Benjamin, Assistant Warden Jimmy Smith, Disciplinary Board, West Feliciana Sheriff's Office, File.

A1



