UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND HARRIS                   :          CIVIL ACTION
DOC# 85555
                                 :          NUMBER 10-367-JVP-CN
VERSUS
                                 :          JUDGE JOHN V.PARKER

CARL SMITH, ET AL.               :          MAGISTRATE JUDGE NOLAND

STATE OF LOUISIANA
PARISH OF WEST FELICIANA

<u>AFFIDAVIT</u>

BEFORE ME, the undersigned Notary, personally came and appeared:

**JONATHAN ROUNDTREE, MD**

who did depose and state the following:

1.

I am licensed to practice medicine in the State of Louisiana and am currently employed by the Department of Public Safety and Corrections as Staff Physician at the Louisiana State Penitentiary at Angola, Louisiana (LSP), providing medical evaluation, care and treatment of inmates. My duties require me to review and evaluate inmate medical records.

2.

I received a Medical degree from the Tulane University School of Medicine in New Orleans in 1988.

3.

At the request of the Attorney General's Office I have reviewed the



medical records of Inmate Raymond Harris Doc # 85555 as well his claims in this lawsuit and in the underlying ARP, No. LSP 2009-1919.

4.

In his lawsuit, Inmate Raymond Harris alleges that Captain Smith used excessive force against him.

5.

The reports in the ARP record indicate that on May 27, 2009 inmate Harris was shake down by Capt. Smith while attempting to seize a sugar bag containing greenish vegetable material from the inmate's left hand and that the greenish material was later determined to be marijuana.

6.

There is no medical record of any complaint or treatment for inmate Harris on 5/ 27 09 at the ATU Assessment Center, because he refused medical treatment. (See attachment A, ATU team log sheet).

7.

On May 29, 2009 inmate Harris was seen by Dr. Brian Heise, MD complaining of rib pain secondary to a confrontation at 9:25 am., an x-ray was taken of both right and left ribs and it was read as negative on 5-29-2009. (See attached Exhibit B, ATU Team Lob Book pages 198-199). On 5-30-2009 the Radiologist Doctor Ted Collins reread the x-ray and confirmed that it was negative for fracture as well. (See attached Exhibit C X-Ray Report).

8.

In my medical opinion there are no objective medical findings to show that any excessive force was used on inmate Raymond Harris on 5-27-2009. There was no evidence of re-injury to the inmates Hernia from the confrontation from 5-27-2009.

9.

Correction Officer Carl Smith was seen on 5-27-2009 at 6:29 am because he had been in a confrontation with inmate Raymond Harris Doc#85555. He complained at that time of pain to his right middle finger. His exam was negative of injury. A ice pack was applied to the finger but the officer refused x-ray and further examination and he was released back to duty the same day. (See attached Exhibit D).

The above and foregoing information is true and correct to the best of my knowledge, information and belief.

_____
DR. JOHNATHAN ROUNDTREE

SWORN TO AND SUBSCRIBED before me this 7th day of September, 2010, Angola, Louisiana.

_____
NOTARY

STATE'S EXHIBIT A

190

OFFICER NAME: _____ SHIFT _____ _____

DATE: _____

| TIME | | OFFICER ENTRY | | | |
|------|----|------------------|---------|--------|-----------|
| 2:05 | 16 | Ronald Thomas | 96716 | MIL | a |
| 03:36 | 17 | Nicholas Pilie | 500154 | CBB | Refus |
| 03:39 | 18 | Antonio TalBot | 460393 | CBB | Refus |
| 04:02 | 19 | Darryl Lamendia | 117826 | CUP | a |
| ✳ | | A-TEAM | ✳ | 5/27/09 | |
| 0453 | 1 | Willie Williams | 87771 | TSH | Ø |
| 0454 | 2 | Charles Thompson | 44169 | W1 | Ø |
| 0454 | 3 | Roy Clark | 83405 | BEAR2 | Ø |
| 0520 | 4 | Willie Triplett | 100388 | GAG | Ø |
| 0500 | 5 | Charles Martin | 94952 | F | Ø |
| 549 | 6 | Perry Pouler | 187389 | SPR | |
| 0553 | 7 | Lavon Pinean | 95564 | CBR | Refus |
| 0559 | 8 | Eacnes Yesi | 501652 | Rays | Ø |
| 602 | 9 | Henry Joyce | 334349 | CBR | 0 |
| 606 | 10 | Deandre Davis | 385451 | CBR | 0 |
| 608 | 11 | Chancly Reuben | 54617 | WU | 0 |
| 608 | 12 | Edward Delaine | 116419 | Reed | 0 |
| 0623 | 13 | James Rollins | 76796 | OAK | Ø |
| 0629 | 14 | Carl Smith | SS# 8206 | Free | Refused Ø |
| 0712 | 15 | Troy Bush | 121378 | TU | Ø |
| 0713 | 16 | Raymond Brown | 85555 | WU | Refused |
| 0742 | 17 | Donald Ross | 125986 | SPR 1 | Roundtree |
| 0834 | 18 | Christopher Johnson | 120078 | BEAR | Ø |
| 0842 | 19 | Mondrell Wilson | 378506 | HC | Roundtree |
| 0850 | 20 | Ricky Meriwether | 97353 | SPR | Roundtree |
| 0859 | 21 | Michael Fox | 141177 | TU | Triage |
| 0121 | 22 | Grady Brewer | 78425 | TU | Roundtree |
| 1046 | 23 | Larry Williams | 486265 | BEAR | Roundtree |
| 1051 | 24 | Damian Bode | 44012.8 | Falcon | Roundtree |
| 1122 | 25 | Brian Carmouche | 362943 | SPR 1 | Roundtree |
| 1309 | 26 | Arthur Taylor | 78531 | Titan | Ø |
| 1330 | 27 | Donald Murphy | 171166 | TSH | Roundtree |
| 1356 | 28 | Durnell Lee | 122073 | BEAR | Ø |
| 1411 | 29 | Wallace Shaw | 80937 | CUM | Roundtree |
| 1450 | 30 | Chris Dempsey | 79603 | CBC | Roundtree |

191

OFFICER NAME: _____    SHIFT _____

DATE: _____

| TIME | | OFFICER ENTRY | | | | |
|---|---|---|---|---|---|---|
| Trip meds | | Done & RTQ | | - | 207 | B |
| Agg sex offens | | Pt Refred | | - | 03.52 | B |
| Agg sex offens | | Pt Refred | | - | 03.52 | B |
| Am insln Z.P | | Done & RTQ | | - | 04:05 | B |
| 20 sm keys 1 lrg key | 3 w/c | | RULPERA/ROCKER | | | |
| Am / insulin | | Done, RTQ | | Ø | 0458 | JS |
| Trip meds | | Done, RTQ | | Ø | 0500 | JS |
| Trip meds | | Done, RTQ | | Ø | 0500 | JS |
| Trip meds | | Done, RTQ | | Ø | 0525 | JS |
| Trip meds | | Done, RTQ | | Ø | 0527 | JS |
| Accu-check | | Rien & RTQ | | Ø | 558 | W |
| Trip meds | | Rien & RTQ | | Ø | 558 | W |
| Trip meds | | Rien & RTQ | | Ø | 558 | W |
| Insulin | | Done | | Ø | 60x | |
| Insulin | | Rien | | Ø | 60x | |
| Insulin | | Rien | | Ø | 62c | |
| Insulin | | Rien | | Ø | 61V | |
| Insulin | | Done, RTQ | | Ø | 0625 | JS |
| contraception | | PE, RTQ | | Ø | 0655 | JS |
| Insulin | | Done RTG | | Ø | 705 | W |
| contraception & security | | Pt Refused Rx | | Ø | 720 | JS |
| F/U ATU visit 5/26/09 | | PE x-ray, DS, MD, RTQ | | Ø | 0825 | JS |
| Dress Δ | | Done, RTQ | | Ø | 0844 | JS |
| F/U ATU visit 5/23/09 | | PE, MD, Admit UUI | | Ø | 0955 | JS |
| F/U ATU visit 5/26/09 | | PE, Dress Δ, RTQ | | Ø | 0905 | JS |
| Hunger strike 150 lbs | | PE, RTQ | | Ø | 0910 | JS |
| F/U ATU visit 5/27/09 | | PE, RX, tx, RTQ | | Ø | 1320 | JS |
| (R) foot | | PE, x-ray, tx, RX, DS, Appt | | Ø | 1245 | JS |
| lbp | | PE, x-ray, DS, RX, to chiro | | Ø | 1730 | JS |
| (R) 2nd digit | | PE, x-ray, tx, to ECLER | | Ø | 1346 | JS |
| Dress Δ | | Done, RTQ | | Ø | 1322 | JS |
| productive cough | | PE, RX, DS, Appt, RTQ | | Ø | 1400 | JS |
| Dress Δ | | Done, RTQ | | Ø | 1410 | JS |
| F/U ATU visit 5/26/9 | | PE, x-ray, RX, tx, RTQ | | Ø | 1515 | JS |
| Alleged sexual assault | | PE, MD, RTQ | | Ø | 1525 | JS |

STATE'S EXHIBIT
B
Blumberg No. 5138

196

OFFICER NAME: _____    SHIFT _____

DATE: _____

| TIME | | | OFFICER ENTRY | | |
|---|---|---|---|---|---|
| 1516 | 44 | Donovan David | 388481 | CBA | 6 |
| 1556 | 45 | Gugo William | 4851 | Free | 6 |
| 1558 | 46 | Donald P Smith | 331622460 | Free Protocol | |
| 1604 | 47 | Troy Bush | 125378 | TU | 0 |
| 5/28/09 | | C-Team | | | |
| 1608 | 1 | Ian Cazarave | 253461 | ASH-2 | 2 |
| 1608 | 2 | Harry Joyce | 334349 | ASH-2 | Θ |
| 1645 | 3 | Charles Reuben | 98617 | Wal 2 | Θ |
| 1721 | 4 | Robert Spann | 77992 | ASH 4 | Θ |
| 1741 | 5 | Charles Dean | 110687 | FP 1/2 | Θ |
| 1800 | 6 | James Crandell | 301148 | CYP 3 | Θ |
| 1807 | 7 | Ricky Meriweather | 97353 | SPR 3 | Θ |
| 1835 | 8 | Louis Jenkins | 161623 | AIC 1 | Triage |
| 1935 | 9 | Duniff John | 434890 | CBB | Θ |
| 1935 | 10 | Dennis Brown | 115558 | CBD | Θ |
| 1935 | 11 | John Mason | 110293 | CB4 | Θ |
| 20:04 | 12 | Jervis Ballard | 415861 | Oak | Θ |
| 20:10 | 13 | Chad Boyanau | 131986 | Raven | Θ |
| 21:20 | 14 | Tyrone Washington | 442617 | oak | pupil |
| 21:46 | 15 | Gerald Smalley | 91745 | TU | 0 |
| 2201 | 16 | Benjamin Bell | 105753 | E.G. 1 | Refusal |
| 22:21 | 17 | Roward Harris | 75939 | CTK 1/2 | |
| 2248 | 18 | Clifton Fielding | 404581 | AIC 4 | Protocol |
| 0120 | 19 | William Spencer | xxx-xx-6057 | Free | Protocol |
| 0030 | 20 | Dominique Smith | xxx-xx-6411 | Free | Protocol |
| 5/29/92 | | B Team | | | |
| 0450 | 1 | Willie Williams | 87771 | ASH 4 | Θ |
| 520 | 2 | James Vachuska | 130110 | CBA U/L | Θ |
| 526 | 3 | Jesse Lyles | 114065 | CCR V/B | Θ |
| 0530 | 4 | Willie Parker | E. D4/R 367240 | I.O. | Θ |
| 0531 | 5 | Wilbur Bonds | F.V2 9Y653 | TC W/J | Θ |
| 0558 | 6 | Troy Bush | I.4 09378 | TU | Θ |
| 0605 | 7 | Nathaniel Gerard | 342847 | Oah 3 | Protocol |
| 0610 | 8 | Donovan Davis | 388481 | CBA U/R | Θ |
| 0615 | 9 | Charles Reuben | 98617 | Wal 2 | Θ |

197

OFFICER NAME: _____    SHIFT _____

DATE: _____

| TIME | | OFFICER ENTRY | | |
|---|---|---|---|---|
| Insulin | | Din c RTQ | 11:24 | W |
| D.Y | | Am a RTQ | 1550 | TW |
| R. Crinkle | | Re Sotirul To RTW | 1600 | W |
| Insulin | | Done c RTQ | 1600 | N |
| 20 Keys 14c key | 3 w/c | | nspt Done | |
| QRSG △ | | L Sone RTQ | 1648 | |
| P.M. Insulin | | Done RTQ | 1630 | |
| p.m. Insulin | | Done RTQ | 1650 | |
| Dressing A | | Done RTQ | 1724 | |
| Dressing A | | Done RTQ | 1748 | |
| Dressing A | | Done RTQ | 1802 | |
| Dressing A | | Done RTQ | 18:13 | |
| Rash | | PE TX RTQ | 1848 | |
| R RSG △ | | Done RTQ | 1942 | |
| D RSG △ | | Done RTQ | 1946 | |
| D RSG A | | Done RTQ | 1947 | |
| D RSG A | | Done RTQ | 2018 | |
| D RSG A | | Done RTQ | 2020 | |
| Toothache | | PE TX RTQ | 2141 | |
| R RSG △ | | Done RTQ | 2152 | |
| hit c urine | | Refusal | 2203 | |
| A + Meds | | given RTW | 2223 | |
| LBP | | PF RX C TTX RTQ | 2252 | |
| Drug Screen | | Done RTW | 0125 | |
| Drug Screen | | Done RTW | 0036 | |
| 20 Keys, 14c Key, 3 w/c | | Done/ | | |
| Am Insulin | | Done RTQ | 455 | |
| trip med | | Done RTQ | 0505 | |
| trip med | | Done RTQ | 0530 | |
| Trip med | | Done RTQ | 0522 | |
| Trip med | | Done RTQ | 0522 | |
| Am Insulin | | Done RTQ | 0600 | |
| bottom of foot burns | | PE, TX, RX, RTQ | 0835 | |
| Am Insulin | | Done RTQ | 615 | |
| Am Insulin | | Done RTQ | 620 | |

198

OFFICER NAME: _____ SHIFT _____

DATE: _____

| TIME | | | OFFICER ENTRY | | |
|---|---|---|---|---|---|
| 0620 | 10 | Henry Joyce | 3 34349 | Ash 2 | E |
| 0625 | 11 | Edward Deboue | 110419 | Wel 4 | E |
| 0625 | 12 | James Rollins | 7,5776 | Oak 1 | E |
| 0650 | 13 | Linda Lovez | 8987 | Free | Protocol |
| 0740 | 14 | Carl Jackson | 103095 | Wel 3 | Rowndtree |
| 710 | 15 | Michael Williams | 308472 | Hid 2 | Mitchel |
| 0720 | 16 | Donald Ross | 125986 | Spruce | Rountree |
| 0735 | 17 | Charles Luzzee | 302534 | Bear | Heise |
| 0805 | 18 | Donald Lewis | 116300 | Falcon | Rtwater |
| 0815 | 19 | Roy Clark | 83463 | Bear | Rountree |
| 0830 | 20 | Donald Robinson | 79304 | Hrc | puling |
| 0829 | 21 | Arthur Taylor | 98031 | Tis | Q |
| 0831 | 22 | Lucee Wilson | 444188 | Shark | Rountree |
| 0848 | 23 | James Manky | 77105 | CBA | Rountree |
| 1166 | 24 | Dalton Baker | 338826 | CBC | Heise |
| 0911 | 25 | Brady Brewer | 78425 | TU | Rountree |
| 0925 | 26 | Raymond Harris | 85555 | CBD | Heise |
| 0928 | 27 | Albert Pierre | 541303 | Hrc | Q |
| 0935 | 28 | Randy Stead | xxx xx 8444 | Free | Refusal |
| 0941 | 29 | Ronnie Williams | xxx xx 5542 | Free | Rountree |
| 0955 | 30 | Dalton Shipp | 361254 | Spr 4 | Rountree |
| 1003 | 31 | Troy Brush | 109378 | TU | Motual |
| 1029 | 32 | Michael Bulack | 129821 | Wal | Rountree |
| 1008 | 33 | Daniel Robinson | 127348 | Ash 2 | Protocol/Triage |
| 1109 | 34 | Rusial Johnson | xxx-xx-4741 | Free | Rountree |
| 1110 | 35 | Richard Keller | 293644 | Cuda | Heise |
| 1215 | 36 | Chad Bryance | 131986 | Raven | Protocol |
| 1218 | 37 | Corry Reidie | xxx xx 5518 | Free | Heise |
| 1305 | 38 | Ronald Bell | 297717 | CBC | Heise |
| 1310 | 39 | Jason Whittington | xxx xx 6054 | Free | Refusal |
| 1310 | 40 | Gregory Eurica | xxx xx 0928 | Free | Refusal |
| 1310 | 41 | Charles Broducuy | xxx xx 8712 | Free | Refusal |
| 1310 | 42 | Marks Allen | xxx xx 0785 | Free | Refusal |
| 1310 | 43 | Harvey Slater | xxx xx 3466 | Free | Refusal |
| 1310 | 44 | Huey Pidgeon | xxx xx 4193 | Free | Refusal |

199

OFFICER NAME: _____    SHIFT _____

DATE: _____

| TIME | OFFICER ENTRY | | | |
|------|---------------|---|---|---|
| Am Insulin | Dose RTQ | Ø | 0625 | MD |
| Am Insulin | Dose RTQ | Ø | 1030 | MD |
| Am Insulin | Dose RTQ | Ø | 0635 | MD |
| possible UTI | PE, UA, TX, Rx, RTQ | Ø | 0650 | MD |
| pulled muscle/sprain | PE, Tx, Rx, RTQ | Ø | 0855 | R |
| Asthma | PE, Tx | Ø | 0840 | R |
| Flu @ elbow | PE, RTQ | Ø | 0855 | R |
| Back pain | PE, Tx | — | 0902 | — |
| Flu vomiting blood & CBC | PE, Tx, IV, Rx, RTQ | Ø | 1115 | R |
| Flu Retinal Detachment | PE, RTQ | Ø | 0855 | R |
| LBP | PE, Tx, RTQ | Ø | 1145 | R |
| DRSG Δ | Done, RTQ | Ø | 1138 | R |
| cellulitis G arm | PE, Tx, Rx, RTQ | Ø | 1091 | R |
| DKA | PE, labs 12-Lead | Ø | 1344 | R |
| Fx nose | PE, X-ray, RTQ | Ø | 1800 | R |
| Bruising/Hunting "private mer" | PE TX RX RTQ | Ø | 1020 | |
| CBG Rib pain 2° confrontation | PE, X-ray, RTQ | Ø | 1255 | R |
| CBG 137 | Done, RTQ | Ø | 0832 | 284 |
| Confrontation c I/m | Refusal, RTQ | Ø | 0939 | R |
| weak/dizzy & chest pain | PE 12 Lead, Tx, X-ray | Ø | 1430 | R |
| Poss UTI | PE, UA, IV | Ø | 1640 | MD |
| ↓ Hypoglycemia | PE, att tray, RTQ | Ø | 1047 | R |
| SOB | PE, X-ray, Tx, Rx, RTQ | Ø | 1215 | R |
| Coughing | PE TX RX RTQ | Ø | 1058 | R |
| Possible ear infection | PE, Tx, UP | Ø | 1135 | R |
| alleged confrontation | PE, X-ray, RTQ | Ø | 1425 | R |
| @ Great toe | PE, RTQ | Ø | 1255 | R |
| New hire | PE, RTQ | Ø | 1345 | R |
| seizure/cell entry | PE, RTQ | Ø | 1400 | R |
| cell entry | Refusal, RTQ | Ø | 1314 | R |
| cell entry | Refusal, RTW | Ø | 1314 | R |
| cell entry | Refusal, RTW | Ø | 1314 | R |
| cell entry | Refusal, RTW | Ø | 1314 | R |
| cell entry | Refusal, RTW | Ø | 1314 | R |
| cell entry | Refusal, RTW | Ø | 1314 | R |



Blumberg No. 5136

STATE'S
EXHIBIT

C

# DIAGNOSTIC RADIOLOGY

## LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER

LSP-TCXR 02  Rev. 10/97

| | | |
|---|---|---|
| ☐ In-patient  ☑ Emerg. Room  ☐ Portable | ☑ Ambulatory | 31 |
| ☐ Clinic  ☐ Isolation | ☐ Stretcher  ☐ Wheelchair | |

NAME: Raymond Harris

Physician _Whitzel_

Date Exam Desired 05.29.09

Loc. Rm/Bed

Prev. X-Ray
☐ Yes
☐ No

DOC#: 85555

LOCATION: CBD

AGE: 67      RACE: B/M

Diagnosis & Pertinent Clinical Information

alleged confrontation

Exam Date 5-29-09      Exam Time

Examination Desired   ☑ X-Ray   ☐ Nuclear Medicine   ☐ Ultrasound

(L) Ribs & (R) Ribs

Technician Initials
Remarks

Radiologist Report

Neg 5/30/09

Procedures Performed

Radiologists and Date

☐ STATE/EMERGENCY

| | |
|---|---|
| 14 x 17 | |
| 14 x 14 | |
| 30 x 35 | |
| 11 x 14 | |
| 24 x 30 | |
| 10 x 12 | |
| 9 ½ x 9 ½ | |
| 8 x 10 | |
| 5 x 12 | |
| Other | |
| Total Used | |

# LOUISIANA STATE PENITENTIARY
## ROBERT E. BARROW, JR. TREATMENT CENTER
### FREE PERSONNEL INJURY/ILLNESS REPORT
#### VITAL STATISTICS

DATE: 5 / 19 / 09                    TIME SEEN: 0 Ce. 29

NAME: Carl J Smith          SS#: ▓▓▓▓▓  AGE: 34   SEX: male  RACE: Black

| MEDICATIONS: | ALLERGIES: |
|---|---|
| none | none |

| DATE OF ACCIDENT: 5-27.09 | TIME OF ACCIDENT: 6.15 | ACCIDENT LOCATION: WDL-2 |
|---|---|---|

DATE OF LAST TETANUS: _____

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/SpO2 |
|---|---|---|---|---|---|---|
| 00:29 | 133/90 | 97 | 26 | A0x3 | | |
| 06:35 | 132/90 | 96 | 16 | | | |
| : | / | | | | | |

#### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: 34 y/o BM amb to ATU
c/o confrontation c̄ inmate. Pt voices ø c/o ○B
Pt states he had to put inmate down on bed.
Pt c/o pain to (R) 3rd digit. Ødema
ø contusions/abrasions, ø tenderness ø deformities
cap refill unremarkable. PMS⊕ MAEW. Pt
denies any other injury. Ambulatory.
Audible s̄ distress

MEDIC SIGNATURE: CL Ø Boeker #511
                  EMT-P

#### PHYSICIAN ASSESSMENT AND TREATMENT

Ice pack Applied
Pt states "I dont have time for an x-ray"
Pt advised to return if problem persists
or see PCP ASAP!

STATE'S
EXHIBIT
D
Blumberg No. 5133

LA STATE PENITENTIARY
PERSONNEL OFFICE
JUN 0 2 2009
RECEIVED

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 0636 | TRANSPORTATION: AmL | DESTINATION: WDL |
|---|---|---|

LSP-TC 30    Rev. 06/2004    FREE PERSONNEL INJURY/ILLNESS REPORT    PAGE ___ OF ___

# LOUISIANA STATE PENITENTIARY

## ROBERT E. BARROW, JR. TREATMENT CENTER

### FREE PERSONNEL

### AUTHORIZATION FOR EXAMINATION AND TREATMENT

Date: 5-27-09                                  Employee:    ☒ Yes    ☐ No

Name: Carl J Smith                             Department: main prison West A-Team

Social Security Number: ███████               Supervisor: LTCol Bordelon

The above named patient hereby authorizes and consents to any services of an emergency nature, including but not limited to, diagnostic procedures, radiological procedures, laboratory procedures, anesthesia, medical or surgical procedure and treatments, which are deemed necessary or advisable by the attending physician(s) and rendered to the patient under the general or special instructions of said physician(s). The patient hereby certifies that he understands and hereby acknowledges that only emergency treatment was rendered to said patient at the Robert E. Barrow, Jr. Treatment Center and that he was advised at the time of his release from said the Robert E. Barrow, Jr. Treatment Center that it would be necessary to the patient or someone acting on the patient's behalf to make other arrangements for the patient's further and future care, and that he was further advised to consult promptly his own physician.

_____Carl J Smith_____          _____5-27-09_____
         Patient Signature                         Date

_____Ct A Boeker_____          _____5/27/09_____
             Witness                               Date

Is this a job related injury:    ☒ Yes    ☐ No          _____
                                                      Employee Initials

If yes, was a Risk Analysis and Loss Prevention Incident Report Form Completed?    ☐ Yes    ☐ No

### FREE PERSONNEL INJURY/ILLNESS REPORT