STATE'S EXHIBIT 7
Blumberg No. 5137

190

OFFICER NAME: _____    SHIFT _____

DATE: _____

| TIME | | OFFICER ENTRY | | | |
|---|---|---|---|---|---|
| 2:05 | 16 | Randal Thomas | 96716 | Hic | a |
| 03:36 | 17 | Nicholas Pitre | 500154 | CBB | Refind |
| 03:39 | 18 | Antonio Talbot | 460393 | CBB | Pspre |
| 04:02 | 19 | Darryl Lawendre | 117826 | Cy | a |
| ※ | | 4-TEAM | ※ | 5/27/09. | |
| 0453 | 1 | Willie Williams | 87771 | ASH | ∅ |
| 0454 | 2 | Charles Thompson | 84159 | W1 | ∅ |
| 0454 | 3 | Roy Clark | 83405 | BEAR 2 | ∅ |
| 0520 | 4 | Willie Triplett | 100388 | SHD | ∅ |
| 0560 | 5 | Charles Martin | 94952 | F | ⊘ |
| 549 | 6 | Gerry Pooler | 187389 | SPR | Refund |
| 0553 | 7 | Levon Pineoxth | 95564 | CPR | Refusal |
| 0559 | 8 | Earnest Yesl | 501652 | Tiger | 0 |
| 6:02 | 9 | Henry Joyce | 334349 | Giger | 0 |
| 602 | 10 | Donovan Doss | 388481 | CBB | 0 |
| 608 | 11 | Stanley Rouben | 80617 | wh. | 0 |
| 608 | 12 | Edward Roberson | 60419 | Cud | 0 |
| 0623 | 13 | James Rollins | 72796 | OAK | ⊘ |
| 0629 | 14 | Carl Smith | SS# 8206 | Free | Refused |
| 6712 | 15 | Troy Bush | 121378 | Ty | ⊘ |
| 0713 | 16 | Raymond Herron | 85555 | wil | Refused |
| 0742 | 17 | Donald Ross | 125986 | SPR 1 | Roundtree |
| 0834 | 18 | Christopher Johnson | 120078 | BEAR | ⊘ |
| 0842 | 19 | Mondrell Wilson | 378506 | Hic | Roundtree |
| 08560 | 20 | Ricky Meriwether | 97353 | SPR | Roundtree |
| 0859 | 21 | Michael Fox | 974777 | TU | Triage |
| 0526 | 22 | Grady Brewer | 78425 | TU | Roundtree |
| 1046 | 23 | Larry Williams | 486265 | BEAR | Roundtree |
| 1051 | 24 | Damian Bode | 440128 | Falcon | Roundtree |
| 1122 | 25 | Brian Carmouche | 362943 | SPR 1 | Roundtree |
| 1309 | 26 | Arthur Taylor | 98031 | Tiger | ⊘ |
| 1330 | 27 | Donald Murray | 1174160 | ASH | Roundtree |
| 13566 | 28 | Darrell Lee | 122093 | BEAR | ⊘ |
| 1417 | 29 | Waldo Short | 80937 | Cuda | Roundtree |
| 1450 | 30 | Chris Dempsey | 544663 | CBC | Roundtree |

191

OFFICER NAME:_____ SHIFT _____

DATE:_____

| | TIME | OFFICER ENTRY | | | |
|---|---|---|---|---|---|
| | Trip meds | Done, RTQ | - | 357 | B |
| | Agg Sex offense | PE Refused | - | 0552 | B |
| | Agg Sex offens | PE Refused | - | 05.52 | B |
| | Am look T.P | Done, RTQ | - | 0605 | B |
| | 20 sm keys 1 lg key 3 w/c | PULPERA / BOEKER | | | |
| 1 | AM Insulin | Done, RTQ | ∅ | 0458 | |
| 2 | Trip meds | Done, RTQ | ∅ | 0500 | |
| 3 | Trip meds | Done, RTQ | ∅ | 0500 | |
| 4 | Trip meds | Done, RTQ | ∅ | 0525 | |
| 5 | Trip meds | Done, RTQ | ∅ | 0527 | |
| 6 | Queen-check | Done, RTQ | ∅ | 548 | W |
| 7 | Trip meds | Done, RTQ | ∅ | 558 | W |
| 8 | Trip Meds | Done, RTQ | ∅ | 553 | W |
| 9 | Insulin | Done | ∅ | 606 | |
| 10 | Insulin | Done | ∅ | 609 | |
| 11 | Insulin | Done | ∅ | 610 | |
| 12 | Insulin | Done | ∅ | 610 | |
| 13 | Insulin | Done, RTQ | ∅ | 0625 | |
| 14 | contron tation | PE, RTQ | ∅ | 0635 | |
| 15 | Insulin | Done RTQ | ∅ | 705 | |
| 16 | Control & Security | Refused RTQ | ∅ | 720 | |
| 17 | F/U ATU visit 5/26/09 | PE X-ray, DS, MD, refused RTQ | ∅ | 0825 | |
| 18 | Dress △ | Done, RTQ | ∅ | 0844 | |
| 19 | F/U ATU visit 5/25/09 | PE, MD, Admit NU1 | ∅ | 0955 | |
| 20 | F/U ATU visit 5/26/09 | PE, Dress △, RTQ | ∅ | 0905 | |
| 21 | Hunger Strike 150 lbs | PE, RTQ | ∅ | 0910 | |
| 22 | F/U ATU visit 5/27/09 | PE, RX, tx, RTQ | ∅ | 1320 | |
| 23 | ® foot | PE, X-ray, tx, RX, DS, Appt. RTQ | ∅ | 1245 | |
| 24 | BP | PE, X-ray, DS, RX, to clinic | ∅ | 1230 | |
| 25 | ® 2nd digit | PE, X-ray, tx, tuckler | ∅ | 1246 | |
| 26 | Dress △ | Done, RTQ | ∅ | 1322 | |
| 27 | productive cough | PE, RX, DS, Appt. RTQ | ∅ | 1400 | |
| 28 | Dress △ | Done, RTQ | ∅ | 1410 | |
| 29 | F/U ATU visit 5/26/09 | PE, X-ray, RX, tx, RTQ | ∅ | 1515 | |
| | Alleged sexual assault | PE, MD, RTQ | ∅ | 1515 | |

196

OFFICER NAME: _____ SHIFT _____

DATE: _____

| TIME | | | OFFICER ENTRY | | |
|---|---|---|---|---|---|
| 1515 44 | | Domonique Davis | 358481 | CBA | 8 |
| 1540 45 | | Gugo Williams | 4851 | Free. | 0 |
| 1558 46 | | Donald P Smith | xxx-xx-2456 | Free Protud | |
| 1604 47 | | Troy Bird | 125378 | DY | 0 |
| 5/28/09 C-Team | | | | | |
| 1628 | 1 | Ian Cazarave | xxx-746l | ASH-2 | 2 |
| 1618 | 2 | Harry Joyce | 334349 | ASH-2 | a |
| 1645 | 3 | Charles Reuben | 98617 | well 2 | e |
| 1721 | 4 | Robert Spann | 77942 | ASH4 | B |
| 1741 | 5 | Charles Dean | 110687 | FPH/2 | G |
| 1800 | 6 | James Caudell | 301148 | Cyp 3 | e |
| 1807 | 7 | Ricky Meriweather | 97353 | SPR 3 | e |
| 1835 | 8 | Louis Jenkins | 161623 | Aic 1 | Triage |
| 1935 | 9 | Duniff John | 434890 | CBB | 8 |
| 1935 | 10 | Dennis Brown | 115558 | CBD | 6 |
| 1935 | 11 | John Moden | 110293 | CB4 | 8 |
| 20:04 | 12 | Jervis Ballard | 415861 | Oak | E |
| 20:10 | 13 | Chad Boyance | 131986 | Raven | E |
| 21:20 | 14 | Tyrone Washington | 442617 | oak | Pril |
| 21:46 | 15 | Gerald Smalley | 91745 | TU | 0 |
| 22:01 | 16 | Benjamin Bull | 165753 | EAG.1 | Refusal |
| 22:01 | 17 | Richard Harris | 75939 | CTK 1/R | 0 |
| 22:48 | 18 | Clifton Fielding | 464581 | Aic 4 | Protocol |
| 0120 | 19 | William Spencer | xxx-xx-6057 | Free | Protocol |
| 0030 | 20 | Dominique Smith | xxx-xx-6411 | Free | Protocol |
| 5/29/92 B TEAM | | | | | |
| 0400 | 1 | Willie Williams | 87771 | Ash4 | 8 |
| 520 | 2 | James Vachuska | 130110 | CBA4/L | 0 |
| 526 | 3 | Jesse Lyles | 114066 | CCR4/8 | 8 |
| 0530 | 4 | Willie Parker | F D4/R 367218 | PD | P |
| 0535 | 5 | Wilbert Bonn | TT W2 9P638 | TCW2 | P |
| 0558 | 6 | Troy Bush | FH 123328 | TM | 8 |
| 0605 | 7 | Nathaniel Gerard | 342847 | Oah 3 | Protocol |
| 0610 | 8 | Domnron Davis | 358481 | CBA4/R | 2 |
| 0615 | 9 | Charles Reuben | 98417 | Well 2 | 8 |

197

OFFICER NAME _____    SHIFT _____

DATE: _____

| TIME | | OFFICER ENTRY | | |
|---|---|---|---|---|
| Insulin | | Done ← RTM | 1524 | M |
| D.T. | | Run a RTO. | 1550 | MJ |
| R. Winkle | | Return to RTO | 1600 | M |
| Insulin | | FOODE & STG. | 1608 | M |
| 20 Keep 14/c Key | | 3 w/c | [illegible] | [illegible] |
| 1 Meds A | | Leave RTQ | 1648 | [illegible] |
| 2 P.M. Insulin | | Done RTA | 1630 | Ce |
| 3 p.m. Insulin | | Ame RTQ | 1650 | M |
| 4 Dressing A | | Done RTQ | 1724 | Ce |
| 5 Dressing A | | Ame RTQ | 1748 | Ce |
| 6 Pressing A | | Done RTQ | 1802 | Ae |
| 7 Dressing A | | Done RTA | 1813 | Ne |
| 8 Rash | | PE TX RTQ | 1848 | Ae |
| 9 DrsG A | | Done RTQ | 1942 | [illegible] |
| 10 DrsG A | | Done RTQ | 1946 | Ae |
| 11 DrsG A | | Done RTQ | 1947 | M |
| 12 DrSG A | | Done RTQ | 2018 | Ae |
| 13 DrsG A | | Done RTC | 2020 | [illegible] |
| 14 Tooth ache | | PE TX RTQ | 2141 | M |
| 15 DrSG A | | Done RTQ | 2152 | [illegible] |
| 16 hit c urine | | Referral | 2203 | |
| 17 A + Meds | | given RTU | 2223 | CO |
| 18 LBP | | PE RX Cont TX RTQ | 2252 | [illegible] |
| 19 Drug Screen | | Done RTW | 0125 | CO |
| 20 Drug Screen | | Done RTW | 0036 | CO |
| 20 Keep, 14/c Key, 3 w/c | | Dodge | | |
| Am Insulin | | Done RTQ | 455 | MD |
| Trip Med | | Done RTQ | 0505 | MD |
| Trip Med | | Done RTQ | 0530 | MD |
| Trip Med | | Done RTQ | 0511 | M |
| Trip Med | | Done RTQ | 0551 | [illegible] |
| 6 Am Insulin | | Done RTQ | 0600 | MD |
| 7 Bottom of foot burns Ply | | PE TX RX RTQ | 0835 | MD |
| Am Insulin | | Done RTQ | 615 | MD |
| Am Insulin | | Done RTQ | 620 | MD |

198

OFFICER NAME: _____     SHIFT _____

DATE: _____

| TIME | | | OFFICER ENTRY | | |
|---|---|---|---|---|---|
| 0620 | 10 | Henry Joyce | 334349 | Ash 2 | E |
| 0625 | 11 | Edward Dubose | 110419 | Wal 4 | E |
| 0625 | 12 | James Rollins | 7.7796 | Oak 1 | E |
| 0550 | 13 | Linda Lovern | 8989 | Free | Protocol |
| 0640 | 14 | Carl Jackson | 103095 | Wal 3 | Roundtree |
| 710 | 15 | Michael Williams | 308472 | Hiо 2 | Medical |
| 0720 | 16 | Donald Ross | 135980 | Spruce | Roundtree |
| 0735 | 17 | Charles Russell | 200534 | Bear | Heise |
| 0805 | 18 | Donald Lewis | 116300 | Falcon | Runner |
| 0815 | 19 | Ray Clark | 83403 | Bear | Roundtree |
| 0820 | 20 | Donald Robinson | 790.04 | Hio | probing |
| 0829 | 21 | Arthur Taylor | 92031 | Tis | D |
| 0831 | 22 | Lovell Wilson | 449188 | Shack | Roundtree |
| 0818 | 23 | James Maney | 77105 | CBA | Roundtree |
| 0166 | 24 | Darren Baker | 333820 | CPC | Heise |
| 0411 | 25 | Grady Brewer | 78103 | TU | Runner |
| 0925 | 26 | Raymond Harris | 85555 | CBD | Hill |
| 0928 | 27 | Albert Pierre | 541303 | Hio | D |
| 0135 | 28 | Randy Stead | xxx xx 8494 | Free | Refusal |
| 0941 | 29 | Ronnie Williams | xxx xx 8947 | Free | Roundtree |
| 0955 | 30 | Dalton Shipp | 381254 | SPR4 | Roundtree |
| 1001 | 31 | Troy Brown | 139378 | TU | Motor |
| 1029 | 32 | Michael Bullard | 139821 | Wal | Roundtree |
| 1006 | 33 | Daniel Robinson | 127348 | Ash 2 | Protocol/Triage |
| 1109 | 34 | Russell Johnson | xxx-xx-4761 | Free | Roundtree |
| 1110 | 35 | Richard Lee | 2413644 | Cuda | Heise |
| 1215 | 36 | Chad Boyance | 1319786 | Raven | Protocol |
| 1218 | 37 | Corey Ridge | xxx xx 5518 | Free | Heise |
| 1305 | 38 | Ronald Bell | 292717 | CPC | Heise |
| 1310 | 39 | Jason Whittington | xxx xx 6016 | Free | Refusal |
| 1310 | 40 | Gregory Garrick | xxx xx 0928 | Free | Refusal |
| 1310 | 41 | Charles Bindrecelly | xxx xx 8112 | Free | Refusal |
| 1310 | 42 | Marks Allen | xxx xx 6285 | Free | Refusal |
| 1310 | 43 | Harvey Slater | xxx xx 3466 | Free | Refusal |
| 1310 | 44 | Huey Pidgeon | xxx xx 4143 | Free | Refusal |

199

OFFICER NAME: _____    SHIFT _____

DATE: _____

| TIME | OFFICER ENTRY | | | |
|---|---|---|---|---|
| 10 | AM Insulin | Done RTQ | | 1:25 | MP |
| 11 | AM Insulin | Done RTQ | | 1:50 | MP |
| 12 | AM Insulin | Done RTQ | | 1:55 | MD |
| 13 | Possible UTI | PE, UA, TX, Rx, RTQ | | 6:50 | MP |
| 14 | recded new dysuria | PE, Tx, Rx, RTQ | | 0155 | |
| 15 | Asthma | PE, TX | | 0825 | |
| 16 | Flu Collision | PE, RTQ | | 0855 | |
| 17 | Back Pain | PE, Tx | — | 0902 | |
| 18 | Flu vomiting blood & CBC | PE, Tx, IV, Rx, RTQ | | 1115 | |
| 19 | Flu Retinal Detachment | PE, RTQ | | 0855 | |
| 20 | LBP | PE, Tx, RTQ | | 1145 | |
| 21 | DRSG | Done RTQ | | 1732 | |
| 22 | | PE, Tx, Rx, RTQ | | 1241 | |
| 23 | DKA | PE, Labs 12-Lead | | 1200 | |
| 24 | Fx nose | PE, X-ray, RTQ | | 1300 | |
| 25 | Burning/Hunting "private one" | Rx, TX, Rx, RTQ | | 1020 | |
| 26 | CBG Rt in pain d° constipation | PE, X-ray, RTQ | | 1235 | |
| 27 | CBG            137 | Done RTQ | | 0832 | |
| 28 | Confrontation I/m | Refusal RTQ | | 0939 | |
| 29 | weak/dizzy & chest pain | PE 12 lead, Tx, X-ray | | 1430 | |
| 30 | Poss UTI | PE, UA, IV | | 1640 | MP |
| 31 | Hypoglycemia | Rx, all tray RTQ | | 1649 | |
| 32 | SNB | PE, X-ray, Tx, Rx, RTQ | | 1215 | |
| 33 | Coughing | PS, TX, RX, RTQ | | 1058 | |
| 34 | | PE, Tx | | 1135 | |
| 35 | alleged confrontation | PE, X-ray, RTQ | | 1425 | |
| 36 | Breathing | Rx, RTQ | | 1235 | |
| 37 | New lieu | PE, RTQ | | 1245 | |
| 38 | Seizure / cell entry | PE, RTQ | | 1400 | |
| 39 | cell entry | Refusal RTQ | | 1314 | |
| 40 | cell entry | Refusal RTQ | | 1314 | |
| 41 | cell entry | Refusal RTQ | | 1314 | |
| 42 | cell entry | Refusal RTQ | | 1314 | |
| 43 | cell entry | Refusal RTQ | | 1314 | |
| 44 | cell entry | Refusal RTQ | | 1314 | |

**DIAGNOSTIC RADIOLOGY**

**LOUISIANA STATE PENITENTIARY**

LSP-TCXR 02  Rev. 10/97   R. E. BARROW, JR. TREATMENT CENTER

| ☐ In-patient ☐ Emerg. Room ☐ Portable | ☐ Ambulatory | 31 |
| ☐ Clinic ☐ Isolation | ☐ Stretcher ☐ Wheelchair | |

NAME: Raymond Harris

| Physician | Date Exam Desired | Loc. Rm/Bed | Prev. X-Ray |
| Wintzer | 05 29 09 | | ☐ Yes ☐ No |

DOC#: 85555

Diagnosis & Pertinent Clinical Information

alleged confrontation

LOCATION: CBD

AGE: 67   RACE: B/M

Exam Date: 5-29-09   Exam Time:

Examination Desired   ☐ X-Ray   ☐ Nuclear Medicine   ☐ Ultrasound

(L) Ribs & (R) Ribs

Technician Initials
Remarks

STAT/EMERGENCY ☐

Radiologist Report

| 14 x 17 |
| 14 x 14 |
| 30 x 35 |
| 11 x 14 |
| 24 x 30 |
| 10 x 12 |
| 9 ½x9 ½ |
| 8 x 10 |
| 5 x 12 |
| Other |

Wes 5/30/09

| Procedures Performed | | | | | Radiologists and Date | Total Used |