LOUISIANA STATE PENITENTIARY
ROBERT E. BARROW, JR. TREATMENT CENTER
FREE PERSONNEL INJURY/ILLNESS REPORT
VITAL STATISTICS

DATE: 5/27/09                                          TIME SEEN: 00:29

NAME: Carl J Smith          SS#: ██████████  AGE: 34   SEX: male  RACE: Black

| MEDICATIONS: | ALLERGIES: |
|---|---|
| none | none |

| DATE OF ACCIDENT: 5-27-09 | TIME OF ACCIDENT: 6:15 | ACCIDENT LOCATION: WDL-2 |
|---|---|---|

DATE OF LAST TETANUS: _____

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/SpO2 |
|---|---|---|---|---|---|---|
| 00:29 | 133/90 | 97 | 16 | A0&3 | | |
| 06:35 | 132/90 | 96 | 16 | | | |
| : | / | | | | | |

### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: 34 y/o BM amb to ATU
2° to confrontation c̄ inmate. Pt voices ∅ c/o SOB.
Pt states he had to put inmate down on bed.
Pt c/o pain to (R) 3rd digit. ∅ edema
or contusions/abrasions. ∅ deformities
cap refill unremarkable. PMS ⊕ MAEW. Pt
denies any other injury. Ambulatory. c̄
audible s̄ distress

MEDIC SIGNATURE: C+ Ax Boeker #511
EMT-P

### PHYSICIAN ASSESSMENT AND TREATMENT

Ice pack Applied
Pt states "I don't have time for an x-ray"
Pt advised to Return if problem persists
or see PCP ASAP!

STATE'S EXHIBIT 8   Blumberg No. 5138

LA STATE PENITENTIARY
PERSONNEL OFFICE
JUN 02 2009
RECEIVED

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 06:36 | TRANSPORTATION: Amb | DESTINATION: WDL |
|---|---|---|

LSP-TC 30   Rev. 06/2004     FREE PERSONNEL INJURY/ILLNESS REPORT     PAGE ___ OF ___

## LOUISIANA STATE PENITENTIARY

### ROBERT E. BARROW, JR. TREATMENT CENTER

#### FREE PERSONNEL

#### AUTHORIZATION FOR EXAMINATION AND TREATMENT

Date: 5-27-09

Name: Carl J Smith

Social Security Number: ███████████

Employee:  ☒ Yes    ☐ No

Department: main Prison West A-Team

Supervisor: LTCol Bordelon

The above named patient hereby authorizes and consents to any services of an emergency nature, including but not limited to, diagnostic procedures, radiological procedures, laboratory procedures, anesthesia, medical or surgical procedure and treatments, which are deemed necessary or advisable by the attending physician(s) and rendered to the patient under the general or special instructions of said physician(s). The patient hereby certifies that he understands and hereby acknowledges that only emergency treatment was rendered to said patient at the Robert E. Barrow, Jr. Treatment Center and that he was advised at the time of his release from said the Robert E. Barrow, Jr. Treatment Center that it would be necessary to the patient or someone acting on the patient's behalf to make other arrangements for the patient's further and future care, and that he was further advised to consult promptly his own physician.

_Carl J Smith_
Patient Signature

_5-27-09_
Date

_C A Bocker_
Witness

_5/27/09_
Date

Is this a job related injury:   ☒ Yes    ☐ No

_[initials]_
Employee Initials

If yes, was a Risk Analysis and Loss Prevention Incident Report Form Completed?    ☐ Yes    ☐ No

### FREE PERSONNEL INJURY/ILLNESS REPORT